B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Bulk Petroleum Corporation**, Case No. _____
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **CITGO**<br>P.O. Box 75065<br>Charlotte, NC  28275-5065 | | | | $4,958,302.84 |
| **Marathon Ashland LLC**<br>539 S. Main St.<br>Findlay, OH  45840-3295 | | | | $3,464,789.35 |
| **Valero**<br>6611 Clayton Rd.<br>St. Louis, MO  63117-1642 | | | | $231,404.25 |
| **TKC Properties, LLC**<br>6910 North Shadeland Ave<br>Indianapolis, IN  46220 | | | | $157,288.30 |
| **Plews Shadley Racher & Braun**<br>1346 N Delaware St<br>Indianapolis, IN 46202-2415 | | | | $143,727.14 |
| **Fox O'Neill & Shannon Trust Act**<br>622 N Water St., Ste 500<br>Milwaukee, WI  53202 | | | | $112,288.64 |

In re **Bulk Petroleum Corporation**, Case No. _____
Debtor    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **M&M Service Inc.**<br>**PO Box 416**<br>**Silver Grove, KY 41085** | | | | **$86,531.34** |
| **Energy & Environment Cabinet**<br>**Div. of Enforcement**<br>**300 Fair Oaks Lane**<br>**Frankfort, KY  40601** | | | | **$79,800.00** |
| **American Environmental**<br>**8500 Gerogetown Rd**<br>**Indianapolis, IN  46268** | | | | **$77,406.22** |
| **Miller Johnson PLC**<br>**250 Monroe Ave NW , Ste 800**<br>**PO Box 306**<br>**Grand Rapids, MI  49501-0306** | | | | **$45,118.00** |
| **Suby, Von Haden & Associates**<br>**Brookfield Lakes Corp Center**<br>**18650 W Corporate Dr.**<br>**Brookfield, WI  53045** | | | | **$44,240.00** |
| **Anderson Tackman & Co. PLC**<br>**1249 W Liebau Rd**<br>**Mequon, WI  53092** | | | | **$42,740.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Bulk Petroleum Corporation**, Case No. _____
Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Frost Brown Todd LLC**<br>**PO Box 70087**<br>**Louisville, KY  40270-0087** | | | | $38,289.03 |
| **Cananwill, Inc.**<br>**1000 Milwaukee Ave**<br>**Glenview, IL  60025** | | | | $23,872.89 |
| **Patzik, Frank & Samotny Ltd**<br>**150 S. Wacker Dr., Suite 1500**<br>**Chicago, IL  60606** | | | | $22,490.84 |
| **Quad Corporation**<br>**PO Box 2020**<br>**DAvenport, IA  52809** | | | | $20,622.00 |
| **Trileaf**<br>**10845 Olive Blvd., Ste 310**<br>**St. Louis, MO  63141** | | | | $13,980.00 |
| **Louisville Air Pollution Control Division**<br>**850 Barret Ave**<br>**Louisville, KY  40204** | | | | $11,811.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Bulk Petroleum Corporation**, Case No. _____
                    Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Future Environmental Inc.<br>19701 S. 97th Ave.<br>Mokena, IL 60448 | | | | $11,546.25 |
| CT Corporation System<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | | | | $9,532.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Darshan S. Dhaliwal, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____   Signature: _____

**Darshan S. Dhaliwal , President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.