THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 20, 2009

Honorable Susan V. Kelley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In the Matters of**

**BULK PETROLEUM CORPORATION,**      Case No. 09-21782-SVK -11
**et al.,**[1]      Jointly Administered

    **Debtors.**

## ORDER GRANTING DEBTOR'S MOTION TO REJECT UNEXPIRED LEASES

---

[1] The Debtors are Bulk Petroleum Corporation, Bulk Petroleum Indiana Properties, LLC, Bulk Petroleum Kentucky Properties, LLC, Charanjeet Illinois Stations No. 6, Inc., Charanjeet's Wisconsin Properties One, LLC, Darshan's Wisconsin Stations Eight, LLC, Gurpal Wisconsin Stations, LLC, Interstate Petroleum Products, Inc., Rakhra Wisconsin E-Z Go Stations Three, Inc., Sartaj's Illinois Nine, LLC, Darshan's Michigan Stations One, Inc., Dhaliwal's Michigan Bulk Stations Two, Inc., Rakhra Michigan E-Z Go Stations Three, Inc., Darshan's Illinois Properties Four, Inc., Dhaliwal Illinois Properties Five, Inc., Jaspal's Illinois Seven, LLC, Sukhi's Illinois Eight, LLC, Darshan's Indiana Stations One, Inc., Dhaliwal's Indiana Bulk Stations Two, Inc., Rakhra Indiana E-Z Go Stations Three, Inc., Darshan's Kansas Stations One, Inc., Darshan's Missouri Stations One, Inc., Darshan's Iowa Stations One, Inc., Dhaliwal Iowa Bulk Stations Two, Inc., Rakhra Iowa E-Z Go Stations Three, Inc., Darshan's Iowa Properties Four, LLC, Dhaliwal Iowa Properties Five, LLC, Darshan's Wisconsin Properties Four, Inc.

Drafted by:

Jerome R. Kerkman
Kerkman & Dunn
757 North Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414. 277.8200
Facsmile: 414.277.0100
Email: jkerkman@kerkmandunn.com

This matter came before the Court on May 14, 2009 on the motion of Bulk Petroleum Corporation, a chapter 11 debtor, pursuant to § 365(a) of the Bankruptcy Code, for an order approving its rejection of expired leases between it and affiliate debtor companies for the properties listed on Exhibit A that was attached to the motion.  At the hearing the debtor stated that it wanted more time to review the leases and was narrowing the leases to be rejected immediately to those between Bulk Petroleum Corporation and related debtor entities that were subject to mortgages of AnchorBank for which the automatic stay had been lifted.  Bulk Petroleum reserved its right to submit a subsequent order to reject other leases on the list.  That narrowed list is attached as Exhibit A.

The Court finds that it has jurisdiction to hear this matter pursuant to 28 U.S.C. §§1334(a) and 157(a), and the order of reference in this district entered pursuant to § 157(a), and that this is a core proceeding under 28 U.S.C. §157(b)(1) because it concerns the administration of the debtor's estate pursuant to § 157(b)(2)(A).

Notice was sufficient and required objections to be filed by May 15, 2009.  The debtor's counsel submitted a statement stating that no objections were filed.

IT IS ORDERED that Bulk Petroleum Corporation's rejection of the unexpired leases with related chapter 11 entities for the properties on the attached Exhibit A is approved.

# # # # #

# EXHIBIT A

## Unexpired Leases Rejected Between Bulk Petroleum Corporation and Related Chapter 11 Entities

| 4215 | Fee | open   | 2117 Indiana Ave.      | Sheboygan  | WI |
| 4247 | Fee | closed | 732 N. 11th St.        | Manitowoc  | WI |
| 4241 | Fee | open   | 1710 10th St.          | Manitowoc  | WI |
| 4290 | Fee | closed | 224 E. Washington St.  | Burlington | WI |
| 4273 | Fee | closed | 2445 University Ave.   | Green Bay  | WI |
| 4238 | Fee | closed | 1706 16th St.          | Two Rivers | WI |