# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In the Matters of

**BULK PETROLEUM CORPORATION,**
**et al.,**[1]

**Case No. 09-21782-SVK-11**
**Jointly Administered**

**Debtors.**

## DEBTORS' MOTION FOR HEARING ON SHORTENED NOTICE AND MOTION (i) TO SELL 66 PARCELS OF REAL PROPERTY AND RELATED FIXTURES AND PERSONAL PROPERTY ON AN OMNIBUS BASIS FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES TO CONVENIENCE STORES LEASING & MANAGEMENT, LLC, OR ITS ASSIGNS, FOR $11,000,000, (ii) TO APPROVE REJECTION OF LEASES BETWEEN DEBTOR ENTITIES, AND (iii) TO ASSUME AND ASSIGN CERTAIN LEASES AND LAND CONTRACTS

Bulk Petroleum Corporation ("Bulk") and its related co-debtors (the "Co-Debtors, and, collectively with Bulk, the "Debtors"),[2] move, (i) pursuant to § 363(b)(1), (f)(1), (f)(2) and (f)(5) of the Bankruptcy Code, to approve the sale of open and closed gasoline station properties, more particularly described within the Purchase and Sale Agreement attached to this Motion as Exhibit 1, to Convenience Stores Leasing & Management, LLC or its assigns (the "Purchaser") for $11,000,000, (ii) to approve the mutual rejection of any lease between Bulk and its Co-Debtors

---

[1]  The Debtors are Bulk Petroleum Corporation, Bulk Petroleum Indiana Properties, LLC,  Bulk Petroleum Kentucky Properties, LLC, Charanjeet Illinois Stations No. 6, Inc., Charanjeet's Wisconsin Properties One, LLC, Darshan's Wisconsin Stations Eight, LLC, Gurpal Wisconsin Stations, LLC, Interstate Petroleum Products, Inc., Rakhra Wisconsin E-Z Go Stations Three, Inc., Sartaj's Illinois Nine, LLC, Darshan's Michigan Stations One, Inc., Dhaliwal's Michigan Bulk Stations Two, Inc., Rakhra Michigan E-Z Go Stations Three, Inc., Darshan's Illinois Properties Four, Inc., Dhaliwal Illinois Properties Five, Inc., Jaspal's Illinois Seven, LLC, Sukhi's Illinois Eight, LLC, Darshan's Indiana Stations One, Inc., Dhaliwal's Indiana Bulk Stations Two, Inc., Rakhra Indiana E-Z Go Stations Three, Inc., Darshan's Kansas Stations One, Inc., Darshan's Missouri Stations One, Inc., Darshan's Iowa Stations One, Inc., Dhaliwal Iowa  Bulk Stations Two, Inc., Rakhra Iowa E-Z Go Stations Three, Inc., Darshan's Iowa Properties Four, LLC, Dhaliwal Iowa Properties Five, LLC, Darshan's Wisconsin Properties Four, Inc.

[2]    *See* Exhibit A of the Purchase Agreement, which is attached to this Motion as Exhibit 1 for a list of properties and co-debtor owners.

Jerome R. Kerkman
Justin M. Mertz
Kerkman & Dunn
757 North Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone:  414. 277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com

pursuant to §365(a), and (iii) to assume and assign to the Purchaser certain leases, subleases, and land contracts that the Debtors have with unrelated third-parties. The Debtors have also requested for a shortened notice period of 20 days. In support of their motion, the Debtors state:

### *Jurisdiction*

1.      The Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on February 18, 2009. Orders for relief were entered on the same day.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(a) and 157(a), and the order of reference in this district was entered pursuant to § 157(a).

3.      This is a core proceeding under 28 U.S.C. § 157(b)(2). It concerns the administration of the Debtors' estates and the sale of property pursuant to § 157(b)(2)(A) and (N).

### *Factual Background*

4.      The Debtors' business is the wholesale and retail sale of petroleum products, primarily gasoline, and the leasing of land, buildings and equipment to gas station operators, primarily in the Midwest.

5.      The Debtors own 66 properties (the "Real Properties") described in the Purchase and Sale Agreement (the "Purchase Agreement") that is attached to this Motion as Exhibit 1. The legal descriptions of the Real Properties are as set forth in the title commitments from Lawyers Title Insurance Corporation as stated in the Purchase Agreement.

6.      Bulk owns certain trade fixtures and other personal property located on the Real Properties which may include gasoline pumps, dispensers, underground storage tanks, etc., except for vendee-owned or vendee-leased property and tenant-owned or tenant-leased property

(the "Personal Property"). Collectively, the Personal Property and Real Properties are referred to in this motion as the "Property" or "Properties."

7.  Certain Real Properties are subject to certain unexpired leases, subleases and land contracts that are described as follows:

(a)  Bulk, as lessee, leases the Real Properties that it does not own from its various Co-Debtors as reflected by internal journal entries in the financial records of Bulk and the other Debtors.

(b)  Bulk owns part of the property located at US 50 & 421 Versailles Lane in Versailles, IN (Seller Station No. 2768), but leases the remainder of the property pursuant to a third-party lease (the "Versailles Lease"). In addition to the other leases and subleases described in this Motion, Bulk hereby assumes the Versailles Lease and will assign it at closing to the Purchaser.

(c)  At one time, Bulk, as sub-lessor, may have subleased various Real Properties and the related Personal Property to unrelated third parties. The unrelated third parties may have operated gasoline stations and convenience stores. To the extent practicable, the Debtors are giving notice to those parties at their last known address as a precaution in order to avoid any claim of interest pursuant to any sublease. The name and address of such third parties, to the best of the Debtors' knowledge, is attached to this Motion as Exhibit 2.

(d)  Currently, Bulk, as sub-lessor, subleases various Real Properties and, as lessor, leases the related Personal Property to unrelated third parties. Bulk is assuming and assigning those leases and subleases to the Purchaser to the extent that they are still valid. As to subleases and leases that were terminated before the closing of the sale, they are not being

3

assumed and assigned. It is only the current subleases and leases that are valid and enforceable which Bulk is assuming and assigning to the Purchaser. A summary of the leases and subleases to be assumed and assigned is attached as Exhibit C to the Purchase Agreement.

(e)     Bulk and/or the Co-Debtors, as land contract vendors, have also entered into various land contracts with unrelated third parties for the purchase of certain Properties. The Purchaser is purchasing the Property subject to any existing land contracts. The Debtors wish to assume and assign the valid and enforceable land contracts to the Purchaser, who will recognize the rights of land contract vendees pursuant to the terms of each respective valid and enforceable land contract. A summary of the land contracts is attached as Exhibit B to the Purchase Agreement.

(f)     Some of the subleases, land contracts and land sale agreements that once related to the Properties have been terminated. However, parties to those subleases and agreements may still have possession of the Properties because the Debtors have not yet removed them from possession. The Purchaser is purchasing the Property subject to former tenants or other parties that may still occupy the Property and will take the necessary steps to remove them or negotiate agreements with them.

(g)     As for any of the unexpired leases and land contracts that are being assumed and assigned, the Debtors are not in default under any of them. Consequently, there are no costs to cure or other monetary obligations of the Debtors necessary for the assumption and assignment of them.

4

***Descriptions of Legal Interests In the Property***

8.      The Debtors own the Real Properties as further detailed in the Purchase Agreement.  Bulk has a leasehold interest in the Real Properties that it does not own outright.

9.      Bulk owns the Personal Property located at each Real Property.

10.      The Debtors are obligated to Amcore Bank, N.A. ("Amcore") and Summit Credit Union f/k/a Great Wisconsin Credit Union ("Summit") under various promissory notes ("Notes").  Amcore and Summit assert that the Notes are secured by, among other things, mortgages or deeds of trust on the Real Properties as further described in Exhibit 1 ("Mortgages").  The Mortgages act as a lien against the Real Properties and also Personal Property that may be considered fixtures.  *Wis. Stat.* § 409.301(3)(c) (the effect of perfection and the priority of interests is governed by the law of the jurisdiction where the property is located). The place of filing for fixtures is the same as the recording of a mortgage.  810 *Ill. Comp. Stat.* 5/9-501(a)(1)-(2); *Ind. Code* § 26-1-9.1-501(a)(1)-(2); *Mich. Comp. Laws* § 440.9501(1)-(2); *Iowa Code* § 554.9501(1.); *Ky. Rev. Stat. Ann.* § 355.9-501(1)-(2); *Mo. Rev. Stat.* § 400.9-501(a)(1)-(2).  The filing of a mortgage has the same effect as filing a fixture financing statement.  810 *Ill. Comp. Stat.* 5/9-502(c); *Ind. Code* § 26-1-9.1-502(c); *Mich. Comp. Laws* § 440.9502(3); *Iowa Code* § 554.9502(3.); *Ky. Rev. Stat. Ann.* § 355.9-502(3), *Mo. Rev. Stat.* § 400.9-502(c).

11.      Amcore asserts that it has Mortgages that secure amounts not to exceed $31,188,223.11 or $6,500,000, respectively. Summit asserts that it holds Mortgages that secure amounts not to exceed $9,881,000, $5,000,000, $15,000,000, $11,081,000, or $20,000,000, respectively.  Amcore's and Summit's liens against the Real Property are limited to the

5

maximum amount stated in the respective Mortgages. 205 *Ill. Comp. Stat.* 5/5d; *Ind. Code* § 32-29-1-10(a); *Mich. Comp. Laws* §565.903a(1); *See Iowa Code* § 654.12A; *Ky. Rev. Stat. Ann.* § 382.520(2); *Mo. Rev. Stat.* §443.055(2.). The total portion of the purchase price that Amcore will receive from the Purchaser is $6,000,000, less any closing adjustments. Amcore's portion of the purchase price is less than any of the maximum amounts stated in the Mortgages. The total portion of the purchase price that Summit will receive from the Purchaser is $5,000,000, less personal property proceeds and any closing adjustments. Summit's portion of the purchase price is less than any of the maximum amounts stated in the Summit Mortgages. Accordingly, Amcore and Summit assert a lien on all available proceeds from the Real Properties. *See id.*

12. Amcore asserts a perfected security interest in all Personal Property. Bulk has, from time to time, executed various security agreements in favor of Amcore, including, but not limited to the security agreements discussed herein. Among other security agreements, Bulk executed Security Agreements on or about May 30, 1997 and October 31, 2001 to secure the debts due Amcore. The related Co-Debtors also executed Security Agreements in favor of Amcore. Amcore filed a proof of claim for $27,054,514.84 as Claim No. 234 in Bulk's chapter 11 case pursuant to multiple notes and guaranties executed by Bulk. Amcore also filed proofs of claims pursuant to multiple notes and guaranties executed by the related Co-Debtors. Amcore asserts that it filed financing statements to perfect its interests in the Co-Debtors' personal property. Amcore also asserts that it filed a financing statement to perfect its interest in Bulk's personal property with the Delaware Secretary of State on December 14, 2001 as Document No. 20141253. The original financing statement was amended on October 7, 2002 (Document No. 22605503) and continued on September 6, 2006 (Document No. 63085537). Amcore also

asserts that it filed an additional financing statement to perfect its interest in Bulk's personal property with the Delaware Secretary of State on May 29, 2002 as Document No. 21597412. The original financing statement was amended on October 7, 2002 (Document No. 22618548) and continued on January 16, 2007 (Document No. 70194125). Bulk was incorporated in Delaware. Consequently, perfection of a security interest in Bulk's personal property requires the filing of a financing statement with the Secretary of State for the State of Delaware. *Wis. Stat.* § 409.301(1) (perfection of a security interest is governed by the laws of a debtor's location); *Wis. Stat.* §409.307(5) (a registered organization is "located" in the state where the organization was registered, here Delaware); 6 *Del. C.* § 9-310(a) (perfection of a security interest is accomplished by filing); 6 *Del. C.* § 9-501(a)(2) (Delaware has designated its Secretary of State as the place for filing financing statements); *Wis. Stat.* 409.301(3)(c) (the effect of perfection and the priority of interests is governed by the law of the jurisdiction where the property is located); *see also, generally,* 4 White & Summers, *Uniform Commercial Code,* § 31-17(b) (6th Ed. 2009).

13. Unpaid real estate taxes and assessments are a lien on the Real Properties. 35 *Ill. Comp. Stat.* § 200/21-75; *Ind. Code* § 6-1.1-22-13(a); *Mich. Comp. Laws* § 211.40; *Iowa Code* § 437A.22; *Ky. Rev. Stat. Ann.* § 134.420(1); *Mo. Rev. Stat.* § 140.690. Unpaid personal property taxes are a lien on the Personal Property. 35 *Ill. Comp. Stat.* § 200/21-75; *Ind. Code* § 6-1.1-23-1; *Mich. Comp. Laws* § 211.40; *Iowa Code* § 437A.22; *Ky. Rev. Stat. Ann.* § 134.420(1); *Mo. Rev. Stat.* § 140.730. Real and personal property tax liens have priority over other perfected security interests on the Property. 35 *Ill. Comp. Stat.* § 200/21-75; *Ind. Code* § 6-1.1-22-13(c); *Mich. Comp. Laws* §211.40; *See Iowa Code* § 437A.22; *Ky. Rev. Stat. Ann.* § 134.420(3); *Mo.*

7

*Rev. Stat.* § 141.250. Unpaid taxes and assessments for real and personal property are liens against the Real Properties or the Personal Property, as the case may be, with priority over the liens of Amcore and Summit.

14.     Other parties may claim an interest in the Property.  Those parties and interests are stated on the attached Exhibit 2 and were determined from a title report performed by Lawyers Title Insurance Corporation after the Debtors filed their chapter 11 petitions and from proofs of claim filed in the Debtors' cases.  Conflicting perfected security interests in personal property rank according to priority in time of filing or perfection.  810 *Ill. Comp. Stat.* 5/9-322; *Ind. Code* § 26-1-9.1-322; *Mich. Comp. Laws* § 440.9322; *Iowa Code* § 554.9322; *Ky. Rev. Stat. Ann.* § 355.9-322, *Mo. Rev. Stat.* § 400.9-322.  Except for encumbrances of record such as utility easements, etc., and statutory real and personal property tax liens, all of the interests in the Property are subordinate to the interests of Amcore and Summit because they perfected their liens against the Real Properties and the Personal Property before any of the parties listed on Exhibit 2.  *See id.*

### *Marketing of the Property*

15.     Pursuant to orders of the Court dated August 24, 2009 (Docket No. 521) and October 5, 2009 (Docket No. 643), the Debtors engaged Hilco Real Estate, LLC and Marcus & Millichap Real Estate Investment Services, Inc. (collectively, "Hilco") to act as the Debtors' real estate financial consultant.  Part of Hilco's engagement consisted of marketing the Debtors' properties.  The Debtors retained Hilco after consulting the Official Committee of Unsecured Creditors (the "Committee") and the participating lenders.  The participating lenders consist of the Debtors' largest creditors, including Amcore, that collectively claim that the Debtors owe

8

them approximately $61,000,000. The participating lenders' claims are secured primarily by real property of the Debtors.

16.     The participating lenders, the Committee and the Debtors chose Hilco because it has extensive experience in marketing properties in bankruptcy proceedings, and particularly gas station/convenience stores. Hilco devised the marketing strategy that involved exposing the Debtors' stations, including the Properties, to a national market through various media outlets and the internet. Hilco has actively marketed the Properties for at least five months. The marketing efforts included preparing an online data base for each property, emails and phone calls to a list of over 30,000 parties, advertisements in trade publications and direct phone calls to major distributors.

### *The Offer Received*

17.     The Purchaser has submitted the Purchase Agreement to the Debtors with a purchase price of $11,000,000 for both the Real Properties and the Personal Property and a cash earnest money deposit of $1,100,000. The Purchase Agreement provides that the sale will be on an "as is, where is" basis without representations or warranties of any kind, and with closing to occur by April 25, 2010 if the stay pursuant to Fed. R. Bankr. P. 6004(h) has expired, or such earlier date as is mutually agreed upon by the parties.

18.     The following is a summary of the Purchase Agreement. (To the extent the summary is inconsistent with the Purchase Agreement, the Purchase Agreement controls.)

>           (a)     The Debtors will quitclaim their respective interests in the Real Properties to the Purchaser "as is, where is," without any warranties or representations, free and clear of all liens, interests, claims, and

9

encumbrances, with liens to attach to the proceeds of the sale. Those liens and encumbrances include, without limitation, the liens and interests of any party to a lease not explicitly assumed herein, the mortgages of Amcore and Summit, and real estate taxes. The real estate taxes and personal property taxes will be paid at closing and any liens, including Amcore's Mortgages, Summit's Mortgages, will attach to the proceeds of the sale. The interests of any lessee or other interest holder on Exhibit 2 not explicitly assumed herein will be extinguished.

(b)     Bulk will quitclaim its interest in the Personal Property to the Purchaser via a Bill of Sale on an "as is, where is" basis, without any warranties or representations, and free and clear of all liens, interests, claims, and encumbrances, with liens to attach to the proceeds of the sale. Amcore, Summit, the Debtors, and the Committee shall determine the portion of the sale proceeds to be allocated to the Personal Property. Proceeds allocated to Personal Property shall be deposited with Debtors' counsel to be held in escrow.

(c)     The Purchaser is waiving all rights against Seller, Amcore and Summit pertaining to any environmental liability or pursuant to any environmental law, including, without limitation, any claim alleged under CERCLA.

(d)     At closing, Amcore and Summit will (i) release the Property from all mortgages, liens, and security interests they hold against the Property, and (ii) reduce their allowed secured Claims, as that term is defined by §

10

101(5) of the Bankruptcy Code, against the Debtors, and the Co-Debtors, by the amount of the sales proceeds that Amcore and Summit receive from the sale of the Real Properties.

(e)     Proceeds of the sale shall be distributed in accordance with the Stipulation Regarding Distribution of Proceeds of Asset Sales (the "Stipulation") (Docket No. 597) filed on September 24, 2009 and approved by an order dated October 30, 2009 (Docket No. 713).

(f)     Consistent with the Stipulation, 5% of the Net Proceeds (as defined in Paragraph 4 of the Stipulation) related to the Real Properties will be deposited at closing into an escrow account held by the Debtors' counsel. These funds shall be used to fund the Carve-Out (as defined in the Stipulation).

(g)     Pursuant to the Real Estate Consulting and Advisory Services Agreement ("Hilco Agreement") approved by an order of this Court dated August 24, 2009 (Docket No. 521), Hilco shall be paid a fee equal to 5% of the Gross Proceeds (as defined in Paragraph 6(d) of the Hilco Agreement) of the sale of the Property for its services.

(h)     Delinquent real estate and personal property taxes, utilities, and special assessments shall be paid out of the proceeds at closing. Delinquent real estate taxes shall be paid out of the Real Property Proceeds; and delinquent personal property taxes shall be paid out of the Personal Property Proceeds. Current taxes, utilities, and special assessments shall

11

be prorated as of the closing date and those attributed to the Debtors' ownership shall be credited to the Purchaser.

(i) The costs of title work and insurance, transfer taxes, recording fees, and all other incidental closing costs shall be added to the purchase price and paid by the Purchaser at closing.

(j) At Closing, Buyer shall pay an amount capped at $213,300 for the cost of the surveys and Phase I environmental reports for the Property conducted by The Orin Group LLC at the request of Amcore and Summit (including the Environmental Data Resources fee of $250 per property) and for payment of delinquent registration costs due to any applicable state environmental fund in connection with the underground storage tank fuel systems on the Property, if required to transfer such registrations to Buyer.  If the cost of the items described in this subsection exceeds $213,300, the excess cost shall be paid by Seller at Closing.

(k) Any dispute arising from, in connection with, or related to the sale of the Property shall be resolved by the Bankruptcy Court.

19.    Bulk also waives its rights under § 365(h)(1) of the Bankruptcy Code as to the Property.  The Debtors reject any leases between them for the Property pursuant to § 365(a). Except for related Co-Debtors' claims for rent due from Bulk, the Debtors waive any pre- or post-petition claims against each other as a result of their rejections of the leases, including without limitation, reimbursement for any adequate protection payments made to Amcore or Summit.

12

### *The Price Offered Is Fair and Reasonable*

20.     Hilco performed desktop appraisals on the Property in late 2009, which estimates the value of the Property at $16,000,000 to $26,000,000. The valuation did not take any environmental issues into account.

21.     The purchase price for the Property was obtained at an auction conducted by Hilco after Hilco had marketed the Property nationally. After consulting Hilco, the Debtors, Amcore, Summit, and the Committee agree that $11,000,000 and terms of the Purchase Agreement is the best offer for the Property at this time and have accepted the Purchase Agreement, subject to Court approval. The Purchase Agreement assumes current existing leases and land contracts, which provides a substantial benefit for the estate by keeping administrative costs down. The Purchaser has also agreed to enter into gasoline supply agreements with Bulk whereby Bulk will sell and supply gasoline to the Purchaser on the Properties. The gasoline supply agreements will provide ongoing income whereby Bulk may pay claims in its bankruptcy case.

22.     At the auction, an alternative bid was submitted for the Property (the "Alternative Bid"). The Alternative Bid was in the amount of $11,250,000. The Alternative Bid contained certain contingencies including the rejection of any existing leases on each of the 66 Properties and the delivery of the Property at closing free of any tenants in possession. The Alternative Bid did not include gasoline supply agreements with Bulk. If such an offer were to be accepted, the Debtors would anticipate significant costs under the Bankruptcy Code that may delay closing, use the Debtors' limited funds, and subject the Debtors, Amcore, and Summit to additional costs, time, and uncertainty. The opinion of the Debtors, Amcore, and Summit is that the

13

administrative cost of rejecting the leases and recovering possession of the Property, as contemplated by the Alternative Bid, does not warrant the additional initial cash benefit to the estate.

23.     The Debtors submit that the price offered of $11,000,000 pursuant to the terms of the Purchase Agreement is fair and reasonable.

### *Notice of This Motion*

24.     Notice of a motion to sell property privately, other than in the ordinary course of business, must meet the following requirements:

      (a)      Be at least 21 days, unless shortened by the Court (Rule 2002(a)(2));

      (b)      Contain the terms and conditions of the sale (Rule 2002(c)(1));

      (c)      Contain an itemized statement of the property to be sold, the name of purchaser, the price received (Rule 6004(f)(1));

      (d)      State the time fixed for filing objections to the sale (Rule 2002(c)(1));

      (e)      Be served on the Committee, U.S. Trustee, and parties with an interest or lien on the property to be sold (Rules 6004(c) and 9014(b));

      (f)      State the date of the hearing (Rule 6004(c)); and

      (g)      State the time within which objections may be filed which must be at least five days before the hearing. (Rule 6004(c)).

25.     The requirements of proper notice have been met as reflected by the notice and certificate of service filed with this motion.  All parties with a lien or interest in the Property have been served with the notice and motion, as well as the U.S. Trustee and Committee.

### *Request for Waiver of 14-Day Stay*

14

26.     If no objection to this Motion is timely filed, the Debtors request that the Court waive any stay requirement under Fed. R. Bankr. P. 6004(h) if the Debtors and the Purchaser agreed to the waiver.

### *The Sale is in "Good Faith" and Entitled to the Protections of § 363(m)*

27.     Section 363(m) provides for protections to a "good faith" purchaser of property from reversal or modifications of an order approving a sale on an appeal unless a stay pending appeal is obtained.

28.     "Good faith" means there was no "collusion or fraud, or the sale otherwise manifested bad faith." *Hower v. Molding Systems Engineering Corp.*, 445 F.3d 935, 938 (7th Cir. 2006). The 9th Circuit discussed it as follows:

> A good faith buyer "is one who buys 'in good faith' and 'for value.'" [Citations omitted.] "[L]ack of good faith is [typically] shown by 'fraud, collusion between the purchaser and other bidders or the trustee, or an attempt to take grossly unfair advantage of other bidders.'" [Citation omitted.]  .  .  .  There is no evidence of collusion between [the debtor] and [the purchaser who was also an insider] to deny [the appellant] access to information.

*In re Filtercorp, Inc.*, 163 F.3d 570, 577 (9th Cir. 1998).

29.     The Debtors submit that the Purchaser is purchasing the Property in "good faith" as that term is used by § 363(m). The Purchaser is unrelated to any of the debtors or any Insider (as defined by § 101(31) of the Bankruptcy Code) of the Debtors. The Purchaser is paying value: cash at closing that is fair for the Property. Hilco has marketed the Property on a nation-wide basis. There is no evidence that any party was denied information about the Property, or that there was fraud or collusion.

30.     This sale is not pursuant to a plan of reorganization, but is  pursuant to the Sales Auction Procedure Order (docket no. 842).

*Legal Basis for Relief Requested*

31.      Pursuant to § 363(b)(1), (f)(1), (f)(2) and (f)(5) of the Bankruptcy Code, a chapter 11 debtor may sell property of the estate other than in the regular course of business free and clear of any interest in the property if "applicable nonbankruptcy law permits sale of such property free and clear of such interest" or "such entity with an interest in the property could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest."

32.      Applicable nonbankruptcy law such as federal tax liens (26 U.S.C. §6321), applicable state law on foreclosing real property tax liens and applicable state mortgage foreclosure law all allow any leasehold, land contract vendee, subsequent mortgage liens, subsequent judgment liens or other interests to be extinguished.

33.      To the extent there are interests in personal property, applicable nonbankruptcy law allows them to be extinguished (810 *Ill. Comp. Stat.* 5/9-601; *Ind. Code* § 26-1-9.1-601; *Mich. Comp. Laws* § 440.9601; *Iowa Code* § 554.9601; *Ky. Rev. Stat. Ann.* § 355.9-601, *Mo. Rev. Stat.* § 400.9-601), and applicable state law on foreclosing personal property tax liens.

34.      This sale under nonbankruptcy laws meets the requirements of § 363(f)(1).  *In re Jolan, Inc.*, 403 B.R. 866, 870 (Bankr. W.D. Wash. 2009) (the court points out that applicable nonbankruptcy law, such as (i) foreclosure by a senior mortgage holder, (ii) sale by a receiver, and (iii) foreclosure by a governmental authority with a personal property tax lien or federal tax lien, allows the sale of property free and clear of liens); *see also, In re Terrace Chalet Apartments, Ltd.*, 159 B.R. 821, 824-5 (N.D. Ill. 1993).

16

35.     Additionally, a chapter 11 debtor can also sell property free and clear of any interest if a party consents to the sale.  § 363(f)(2).  Lack of objection constitutes "consent." *FutureSource LLC v. Reuters Ltd.*, 312 F.3d 281, 285 (7th Cir. 2002).

36.     Parties that do not consent to a sale free and clear of their interests must be given "adequate protection" for their interests in order for the sale to proceed if they request it. § 363(e).

37.     "Adequate protection" has long meant that interests will attach to the proceeds of the sale in the priority established in the property sold.  *Union Planters Bank v. Burns,* 306 B.R. 624, 629 (B.A.P. 8th Cir. 2004); *In re Franklin Brewing Co.*, 249 F. 333, 335 (2nd Cir. 1918).  If there is no value for a junior interest to attach, it has no property interest entitled to be protected.  *In re Hatfield Homes, Inc.*, 30 B.R. 353, 355 (Bankr. E.D. Penn. 1983) ("if the proposed sales price is the best price obtainable under the circumstances of a particular case, then the fact that junior lienholders may receive little or nothing from the proceeds of the sale would not, standing alone, constitute reason for disapproving the proposed sale").  The "adequate protection" for the interests junior to those of Amcore and Summit is nothing because there is no interest to protect.[3]

38.     In this case, Amcore and Summit are consenting to the sale.

### The Sale Meets the Legal Standards for Approval

39.     The proposed transaction and actions related to the sale of the Property to the Purchaser should be approved.  The Property was marketed nationally by a nationally recognized

---

[3]  Normally if there is no benefit to the bankruptcy estate, the property would not be sold through bankruptcy proceedings.  *See, In re Riverside Inv. P'ship*, 674 F.2d 634, 640 (7th Cit. 1982).  However, that is not the case here. The Debtors' chapter 11 estates reap substantial benefits from the sale from the carve-out stipulation.  (Docket No. 597.)  The carve-out benefits include 5% of the net sales price of the Real Property, the proceeds from Personal Property and proceeds from accounts receivable.  That meets the requirement that the estate benefit from the sale. *See, In re Riverside P'ship at* 640-641; *see also In re Women First Healthcare, Inc.*, 332 B.R. 115 (Del. 2005); *In re World Health Alternatives, Inc.*, 344 B.R. 291 (Del. 2006) (financial benefit from carve-out of sales proceeds confers sufficient benefit to the bankruptcy estate to justify sale).

broker for four months. The broker has opined that the sales price is the highest possible at this point. The Purchaser meets the definition of a "good faith" purchaser. The Debtors, Amcore, Summit and the Committee agree that the offer price is the best available under the circumstances. The Debtors will consider higher and better offers as stated below.

### *Assignment and Assumption of Unexpired Leases and Land Contracts*

40.    The Debtors are assuming and assigning the leases subleases, and land contracts that are listed within the Purchase Agreement attached as Exhibit 1. The Debtors are either the land contract vendor or the landlord for the leases and subleases to be assumed and assigned. The Debtors' records indicate that there are no defaults to cure except payment of real estate and personal property taxes. The taxes are being paid at the closing of the sale.

41.    Section 365(a) of the Bankruptcy Code allows the Debtors to assume or reject any unexpired lease or executory contract, subject to the Court's approval. The Court approves a debtor's assumption or rejection if the decision is within the reasonable range of a debtor's business judgment. *In re Goldblatt Bros., Inc.*, 766 F.2d 1136, 1139 (7th Cir. 1985).

42.    In order to assume an unexpired lease or executory contract, a debtor must also cure any defaults. § 365(b)(1)(A). In this case, the Debtors believe there are no defaults to cure. However, if an interested party believes there are defaults that must be cured, the party can object to this Motion and the issue will be decided by the Court at the hearing to approve the sale with the assumptions and assignments of the unexpired leases and executory contracts.

43.    A debtor also has the ability to assign unexpired leases and executory contracts to a third party. § 365(f). The Debtors seek to assign the unexpired leases and executory contracts to the Purchaser.

18

44.    The Debtors are retaining the rights to all receivables owed pursuant to an expired lease or executory contract being assigned to Purchaser that arose before the closing of the sale.

### *Higher and Better Offers to Purchase*

45.    The Debtors will consider higher and better offers to purchase the Property that are substantially the same as the Purchase Agreement and meet the definition of "Qualified Bid" as defined in the auction procedures approved by the Court.  (*See* Order dated Dec. 21, 2009, Docket No. 842, at ¶2.)  Such bids and the requisite deposit must be received by counsel for the Debtors, Kerkman & Dunn, (payable to "Kerkman & Dunn Client Trust Account FBO Bulk Escrow") by the date required for any objection to the proposed sale.  If there are multiple offers to purchase the Property, the attorneys for the Debtor will conduct an auction at the time and place of the hearing to consider approving this Motion.

[The remainder of this page is intentionally left blank]

*Conclusion*

**WHEREFORE**, the Debtors request that the Court approve the sale of the Property to the Purchaser on the terms stated in this Motion and the accompanying Purchase Agreement.

Dated:  February 24, 2010.

/s/  Justin M. Mertz
Jerome R. Kerkman
Justin M. Mertz
Kerkman & Dunn

General Counsel for Bulk Petroleum
Corporation and Special Counsel
for the Other Debtors

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI  53202-3612
Phone:  414.277.8200
Facsimile:  414.277.0100
Email:  jkerkman@kerkmandunn.com

and

Brent D. Nistler
Nistler Law Office, s.c.

General Counsel for Co-Debtors

P.O. Address:

3235 North 124th St.
Brookfield, WI 53005
Phone: 262.373.1420
Fax: 262.373.1421
Email: bnistler@nistlerlaw.com

20

# EXHIBIT 1

## PURCHASE AND SALE AGREEMENT

**THIS AGREEMENT** ("Agreement") is entered into by and among the entities identified below as the Seller and the person or entity identified below as the Buyer. The "Terms and Conditions to Purchase and Sale Agreement" following the signatures are an integral part of this Agreement and are binding on Seller and Buyer.

"**Seller**" is defined in this Agreement to be:

> BULK PETROLEUM CORPORATION ("BULK")
> DHALIWAL'S INDIANA BULK STATIONS TWO, INC.
> RAKHRA INDIANA E-Z GO STATIONS THREE, INC.
> INTERSTATE PETROLEUM PRODUCTS, INC.
> RAKHRA IOWA E-Z GO STATIONS THREE, INC.
> BULK PETROLEUM KENTUCKY PROPERTIES, L.L.C.
> BULK PETROLEUM INDIANA PROPERTIES, L.L.C.
> JASPAL'S ILLINOIS SEVEN, L.L.C.
> DHALIWAL IOWA PROPERTIES FIVE, L.L.C.
> DARSHAN'S MISSOURI STATIONS ONE, INC.
> RAKHRA MICHIGAN E-Z GO STATIONS THREE, INC.
> DHALIWAL'S MICHIGAN BULK STATIONS TWO, INC.
> DARSHAN'S IOWA PROPERTIES FOUR, LLC.
> DHALIWAL IOWA PROPERTIES FIVE, LLC.
> DHALIWAL'S IOWA BULK STATIONS TWO, INC.
> DARSHAN'S IOWA STATIONS ONE, INC.

**Seller's Address** is:

> 9653 N. Granville Road
> Mequon, WI 53097

"**Buyer**" is defined as:

> Convenience Stores Leasing & Management, LLC, or its assigns

**Buyer's Address** is:

> 4455 Acre View Court, Brookfield, Wisconsin 53005

"**Property**" is defined as:

> The 66 properties listed on Exhibit A attached hereto, including all buildings, improvements, fixtures, machinery, equipment and personal property associated therewith owned by Seller, and specifically excepting tenant-owned personal property and vendee-owned personal property. Individual properties or groups

| | |
|---|---|
| | of properties comprising the Property shall be referred to herein as a "property" or "properties". This Agreement is for all 66 properties and assets as a distinct group. |
| "**Purchase Price**" is defined as: | Eleven Million Dollars ($11,000,000) |
| "**Earnest Money**" is defined as: | One Million One Hundred Thousand Dollars ($1,100,000). |
| "**Closing Date**" is defined as: | The date that is sixty (60) days from the date of this Agreement if the stay pursuant to Fed. R. Bankr. P. 6004(h) has expired. |
| "**Lender**" is defined as: | Amcore Bank, N.A.<br>Summit Credit Union |

[Remainder of this page intentionally omitted.
Signatures appear on following page.]

EXHIBIT 1

**DATED**: As of February 24, 2010.

        **BUYER:**

        CONVENIENCE STORES LEASING &
        MANAGEMENT, LLC

        By: _____
             Bachan Singh, Manager

[Seller's signatures appear on following page]

3

EXHIBIT 1

**SELLER:**

BULK PETROLEUM CORPORATION
DHALIWAL'S INDIANA BULK STATIONS TWO, INC.
RAHKRA INDIANA E-Z GO STATIONS THREE, INC.
INTERSTATE PETROLEUM PRODUCTS, INC.
RAKHRA IOWA E-Z GO STATIONS THREE, INC.
DARSHAN'S MISSOURI STATIONS ONE, INC.
RAKHRA MICHIGAN E-Z GO STATIONS THREE, INC.
DHALIWAL'S MICHIGAN BULK STATIONS TWO, INC.
DHALIWAL'S IOWA BULK STATIONS TWO, INC.
DARSHAN'S IOWA STATIONS ONE, INC.


By: _____
      Darshan S. Dhaliwal, their President


BULK PETROLEUM KENTUCKY PROPERTIES, L.L.C.
BULK PETROLEUM INDIANA PROPERTIES, L.L.C.
JASPAL'S ILLINOIS SEVEN, L.L.C.
DHALIWAL IOWA PROPERTIES FIVE, L.L.C.
DARSHAN'S IOWA PROPERTIES FOUR, LLC.
DHALIWAL IOWA PROPERTIES FIVE, LLC.


By: _____
      Darshan S. Dhaliwal, their Managing Member

4

# EXHIBIT 1

## TERMS AND CONDITIONS OF
## PURCHASE AND SALE AGREEMENT

### WITNESSETH:

**WHEREAS**, Seller owns the Property and the buildings, improvements, structures and fixtures located thereon, together with all rights pertaining thereto. The legal description of the Property shall be as set forth on the title commitments prepared by Lawyers Title Insurance Corporation (the "Title Company") for this transaction;

**WHEREAS**, Bulk owns certain personal property located on the Property (the "Personal Property");

**WHEREAS**, the entities included as "Seller" in this transaction are debtors in the Chapter 11 bankruptcy case (the "Bankruptcy Case"), Case No. 09-21782-SVK-11, jointly administered, before the United States Bankruptcy Court for Eastern District of Wisconsin (the "Bankruptcy Court");

**WHEREAS**, Seller desires to sell to Buyer, pursuant to Section 363 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and Buyer desires to purchase, all of Seller's right, title and interest in and to the Property upon the terms and conditions of this Agreement; and

**WHEREAS**, Seller's obligations under this Agreement are subject to approval of the Bankruptcy Court;

**NOW, THEREFORE**, in consideration of the mutual covenants of the parties hereinafter expressed, it is hereby agreed as follows:

1.    Agreement to Sell and Purchase.

    (a)    Subject to the terms and conditions of this Agreement, on the Closing Date, Seller agrees to (i) convey the real estate component of the Property, together with the buildings, improvements, structures and fixtures thereon, to Buyer by a Quit Claim Deed, and (ii) convey the Personal Property to Buyer by a Bill of Sale, without warranties or representations of any kind, oral or written.

    (b)    Subject to the terms and conditions of this Agreement, on the Closing Date, Buyer agrees to purchase all of Seller's right, title and interest in the Property.

    (c)    Buyer acknowledges that it is purchasing the Property in its "AS-IS, WHERE-IS" condition, and that it has determined that the Property is, in all respects, acceptable for its intended use.

    (d)    Prior to the Closing Date, Seller and Lender agree to allocate the amount of the Purchase Price attributable to the Personal Property, and to provide Buyer with the allocated amounts.

EXHIBIT 1

2.    Purchase Price.  The Purchase Price shall be paid by Buyer as follows:

(a)    The Earnest Money has been deposited into a Kerkman & Dunn client trust account.

(b)    The balance of the Purchase Price, as adjusted pursuant to the provisions of this Agreement, shall be paid by Buyer by wire transfer on or before 4:00 p.m. (Central Time) on the Closing Date.

(c)    If Buyer fails to Close for any reason other than a default by Seller hereunder then, in addition to any other remedies available to Seller, Seller shall be entitled to retain the Earnest Money and agrees to promptly transfer it to Lender for application to Seller's mortgages. In the event of any other Buyer default hereunder, Seller shall give Buyer written notice of such default and a five (5) day opportunity in which to cure it to Seller's reasonable satisfaction.  If Buyer fails to cure the default within such five (5) day period, in addition to any other remedies available to Seller, Seller shall be entitled to retain the Earnest Money and agrees to promptly transfer it to Lender for application to Seller's mortgages.   If Seller defaults in the performance of its obligations hereunder after entry of the Sale Order (defined below), Buyer shall be entitled to, at its option (i) request entry of an order in the Bankruptcy Court requiring Seller to perform its obligations hereunder, or (ii) request the return of its Earnest Money and receive an additional payment of $100,000 from Seller as liquidated damages and as Buyer's sole remedy hereunder. If the transaction closes, the Earnest Money shall be applied towards the Purchase Price.

(d)    At the Closing, Buyer will accept and assume all of Seller's obligations under the tenant leases and the land contracts associated with the Property first arising or accruing after the Closing Date.  Except as otherwise expressly set forth herein, Buyer accepts and assumes none of Seller's other liabilities, including successor liabilities for unpaid sales, use or income taxes, unpaid permit or license fees, or, except as provided in 3(i) below, unpaid environmental fines, fees or penalties.

3.    Adjustments.  The following items shall be credited, debited and otherwise adjusted, and the resulting calculation shall be an adjustment to the Purchase Price payable at the closing of this transaction (the "Closing"):

(a)    Real estate taxes, personal property taxes, rents, private and municipal charges and property owner's association assessments, if any, shall be prorated at Closing.  Any income, taxes or expenses shall accrue to Seller and be prorated through the Closing Date.  Net general real estate taxes shall be prorated based on the net general real estate taxes for the current year, if known, otherwise on the net general real estate taxes for the preceding year.

(b)    Special assessments and/or charges or ongoing use fees for public improvements, if any, for work actually commenced or levied prior to the date hereof shall be paid by Seller no later than Closing.  All other special assessments and charges shall be paid by Buyer, including future installments and deferred payments.

6

EXHIBIT 1

(c)     Seller shall be responsible for all electricity, water, sewer, gas, telephone and other utility charges, if any, accruing on or before the Closing Date, and Buyer shall be responsible for such utility charges, if any, accruing after the Closing Date. Seller's utility company deposits, if any, shall not be assigned and Buyer shall post its own deposits with utility companies, if required to do so by such companies.

(d)     The cost of title work and title insurance shall be added to the Purchase Price and paid by Buyer at Closing.

(e)     The cost of any required real estate transfer fees and taxes shall be added to the Purchase Price and paid at Closing to the Register of Deeds for each county where the Property is located.

(f)     All delinquent real estate taxes, special assessments and personal property taxes on the Property, including penalties and interest thereon, shall be paid in full out of the sales proceeds at Closing. Real estate and personal property taxes for the current year shall be prorated pursuant to subsection (a), above.

(g)     Buyer shall pay any state deed tax or other federal, state, or local documentary or revenue stamps or transfer tax with respect to the Quit Claim Deed (or Bill of Sale, if any such taxes are applicable) to be delivered by Seller.

(h)     Buyer shall pay any mortgage registration tax or other taxes or fees with respect to any mortgage placed of record in connection with Buyer's financing, and the cost of recording all other documents associated with the Closing.

(i)     At Closing, Buyer shall pay an amount capped at $213,300 for the cost of the surveys and Phase I environmental reports for the Property conducted by The Orin Group LLC at the request of Amcore and BLS (including the Environmental Data Resources fee of $250 per property) and for payment of delinquent registration costs due to any applicable state environmental fund in connection with the underground storage tank fuel systems on the Property, if required to transfer such registrations to Buyer. If the cost of the items described in this subsection exceeds $213,300, the excess cost shall be paid by Seller at Closing.

(j)     All other customary costs incidental to the Closing shall be added to the Purchase Price and paid by Buyer at Closing.

4.     Possession. Seller shall transfer possession of the Property to Buyer on the date of Closing, subject to the rights of existing lessees and land contract vendees, provided that such leases and land contracts shall not be terminated or amended by Seller prior to the closing without Buyer's prior written consent, which shall not be unreasonably withheld, conditioned or delayed.

5.     Land Contracts. A number of properties are subject to written or oral land contracts with third party vendees as indicated on Exhibit A (collectively, the "Land Contracts"). A summary of the written land contracts is attached hereto as Exhibit B. Full copies of the written land contracts are available upon request of Seller's counsel, Kerkman & Dunn. Buyer agrees to accept these properties

7

EXHIBIT 1

subject to, and will honor according to their terms, the Land Contracts, provided, however, that the Land Contracts shall not be terminated or amended by Seller prior to Closing without Buyer's prior written consent, which shall not be unreasonably withheld, conditioned or delayed.

6.    <u>Leases</u>.  A number of properties are occupied by tenants in occupancy pursuant to written or oral lease agreements as indicated on <u>Exhibit A</u> (collectively, the "Leases").  A summary of the written leases is attached hereto as <u>Exhibit C</u>.  Full copies of the written leases are available upon request of Seller's counsel, Kerkman & Dunn. Buyer agrees to accept these properties subject to, and will honor according to their terms, the Leases, provided, however, that they shall not be terminated or amended by Seller prior to Closing without Buyer's prior written consent, which shall not be unreasonably withheld, conditioned or delayed.

7.    <u>Closed or Trespassed Properties</u>.  A number of properties are either closed or occupied by a party or parties who are not in occupancy pursuant to a lease or other agreement with Seller.  Buyer agrees to accept these properties subject to the rights, if any, of parties in possession.

8.    <u>Versailles Property</u>.  Seller owns part of the property located at US 50 & 421 Versailles Lane in Versailles, IN (Seller Station No. 2768), but leases the remainder of the property pursuant to a third-party lease (the "Versailles Lease").

9.    <u>Assumption and Assignment of Leases and Land Contracts</u>.

(a)    In its motion for approval of the transaction contemplated herein, Seller shall request Bankruptcy Court approval to assume and assign the Leases, Land Contracts and the Versailles Lease.

(b)    The accounts receivable arising through Closing under the Leases and Land Contracts are not being sold or otherwise transferred to the Buyer and shall remain the sole property of Seller.

10.    <u>Closing</u>.  The Closing shall take place on the Closing Date through escrow at the offices of Seller's counsel, Kerkman & Dunn, or at such other location mutually agreed upon by the parties.

11.    <u>Documents at Closing</u>.

(a)    Seller agrees to deliver the following documents, duly executed as appropriate, to Buyer at Closing:

(i)    Duly recordable Quit Claim Deeds from Seller conveying title to the Property to Buyer;

8

EXHIBIT 1

(ii)     A Bill of Sale for all of the Personal Property owned by Seller associated with the Property;

(iii)     Satisfactions executed by the Lenders of their mortgages and liens; and

(iv)     Customary documents as Buyer may reasonably request to carry out the transaction contemplated by this Agreement, provided, however, that Seller shall not provide Owner's Affidavits or similar documents required to delete the "standard exceptions" to title coverage set forth in the title commitments.

(b)     Buyer agrees to deliver the following, duly executed as appropriate, to Seller at Closing:

(i)     The balance of the Purchase Price as provided in Section 2(b) herein; and

(ii)     Customary affidavits, certificates and such other documents as Seller reasonably may request to carry out the transaction contemplated by this Agreement or that Lawyers Title Insurance Corporation, the title company issuing the insurance policies for the Property (the "Title Company"), may require to comply with federal, state or local laws, regulations, ordinances or orders.

(c)     On the Closing Date, Buyer and Seller shall execute and deliver to one another counterpart originals of the following:

(i)     Closing Statements;

(ii)     An Assignment and Assumption of Leases, Land Contracts and the Versailles Lease;

(iii)     An Assignment and Assumption of the Kiel Bros. Oil Company, Inc. Environmental Liabilities Agreement dated November 23, 2004 relating to the Property, to the extent it is assignable.

(iv)     Documents required under the laws of the states where the Property is located to transfer the Personal Property to Buyer and to register the underground storage tank fuel system in Buyer's name.

12.     Corporate Authority.

(a)     Seller represents and warrants to Buyer as follows:

(i)     it is the Chapter 11 debtor in possession in the Bankruptcy Case; and

(ii)     subject to entry of the Bankruptcy Court's Sale Order (defined below), Seller shall have full power and authority to enter into this Agreement, to

9

EXHIBIT 1

execute and deliver the documents required of Seller herein, and to perform its obligations hereunder.

(b)     Buyer represents and warrants to Seller that it has the full power and authority to enter into this Agreement and to execute and deliver the documents required of Buyer herein, and to perform its obligations hereunder.

13.     Commissions.  Neither Seller nor Buyer has dealt with any broker, finder or other person in connection with the sale or negotiation of the sale of the Property in any manner that might give rise to any claim for commission against Buyer, except Hilco.  Buyer shall defend, indemnify and hold harmless Seller and Lender from and against any and all claims of brokers, finders or any third party claiming any right to commission or compensation by or through acts of Buyer in connection herewith other than Hilco.  The indemnity obligations hereunder shall include all damages, losses, risks, liabilities, and expenses (including reasonable attorneys' fees and costs) arising from and related to matters being indemnified hereunder.

14.     Bankruptcy Court Approval of Sale.  Notwithstanding anything herein to the contrary, it is a condition precedent to the Closing of the sale contemplated by this Agreement that Seller obtain an order of the Bankruptcy Court that states that the sale of the Property to Buyer is free and clear of liens, claims, interests and encumbrances except for the interests of the Land Contract vendees and tenants under the Leases remaining after closing, as well as easements, restrictions, covenants, zoning ordinances and similar matters of record, with all liens, claims, interests and encumbrances to attach to the proceeds in the order of their respective priorities, and authorizes the Buyer to close the sale (the "Sales Order").  Seller agrees to file a motion to approve the sale within two court days after this Agreement is executed.

15.     Good Faith Offer.

(a)     Buyer acknowledges and agrees that the Purchase Price agreed upon in this Agreement has not been controlled by any agreement among any potential bidders and that the Buyer's offer has not been collusive with any other bidder.

(b)     Buyer and Seller acknowledge and agree that Buyer has entered into this Agreement at arms-length and in good faith.

16.     Title.  Title insurance commitments on the current ALTA form have been made available for viewing on the Broker's website, and were also delivered by messenger to Buyer by Seller on February 19, 2010.  The Seller shall obtain the Sales Order with the provisions described in Paragraph 14, above, and shall assist the Buyer in obtaining the Property free and clear of liens, claims, interests and encumbrances as provided in the order.  That assistance shall include obtaining satisfactions of liens and encumbrances from the Lenders and executing satisfactions that Seller is authorized to execute.  In no event shall Seller be required to correct any condition of title other than satisfying Lenders' mortgages, related Lender filings and executing satisfactions that Seller is authorized to execute in accordance with the Sale Order.

10

EXHIBIT 1

17.     Gasoline Supply Agreement.  At Closing, Buyer agrees to enter into Bulk's form of supply agreement for the supply of gasoline and petroleum products to the Property.  The agreement shall have an initial term of five (5) years.  The gasoline price shall be equal to the "rack rate" plus 2.1 cents per gallon and.  The supply agreement shall not be assignable by Seller, except to reorganized Bulk or a Bulk affiliate.

18.     Restoration of Property.  Buyer shall, in connection with its studies and investigations of the Property, promptly restore the Property to its condition existing immediately prior to such studies and investigations.  Buyer hereby agrees to indemnify, defend and hold Seller,  , Lender and the Property harmless from and against any cost, expense, charge, lien, action or judgment, as well as any claim of a right to any such cost, expense, charge, lien, action or judgment arising directly or indirectly from any act or omission of Buyer, Buyer's agents or contractors, or any services, labor, supplies or materials provided or performed by surveyors, engineers, architects and others making the inspections and tests, and from and against any personal injury and property damage caused by the act or neglect of Buyer or any of its agents, or independent contractors.  Seller shall have the right to apply the Earnest Money, or any portion thereof, toward satisfaction of Buyer's obligations under this Section. The provisions hereof shall survive the termination of this Agreement.

19.     Casualty.  If, between the date hereof and the Closing, there shall occur an insured fire or other insured casualty affecting any of the Property, then Buyer shall have no right to terminate this Agreement and shall purchase the Property in its damaged condition without reduction of or offset against the Purchase Price, except a credit against the Purchase Price shall be allowed for any co-insurance and/or deductible amount on the casualty insurance, or any other claim against Seller.  Seller shall assign to Buyer the right to receive any insurance proceeds payable to Seller as a result of such fire or other casualty to the Property only; provided, however, that Seller shall be entitled to retain (to the extent theretofore paid to Seller), and shall not be obligated to assign the right to receive (to the extent not theretofore paid to Seller), the amount of such insurance proceeds that are paid for Seller's expenses, if any, incurred in collecting such proceeds and repairing the damage caused by fire or other casualty.  In no event shall Seller have any obligation to repair any damage or destruction to the Property, but Seller shall have the right to do so and to utilize insurance proceeds for such purposes.

20.     Condemnation.  In the event of the taking of all or any material part of the Property (e.g., not including the taking of strips of widths less than 10 feet of the Property running along adjacent roadways and highways, or any temporary easement) prior to Closing, by eminent domain or condemnation, then Buyer may, at its option, exercisable by written notice to Seller, either (i) terminate this Agreement, whereupon, except as expressly provided herein, neither party will have any further obligation hereunder (and the Earnest Money shall be returned to Buyer), or (ii) continue under this Agreement, whereupon Seller will assign to Buyer its interest in and to any award and proceeds thereof payable as a result of such taking, less any costs and expenses incurred by Seller and/or Lender in furtherance of the transaction contemplated by this Agreement or in exercising its rights pursuant to the condemnation.

21.     Binding Agreement. This Agreement shall be binding on and shall inure to the benefit of the parties named herein and to their respective heirs, administrators, executors, personal

11

EXHIBIT 1

representatives, successors and assigns, subject to the entry of a Sale Order and the terms of this Agreement.

22.  Assignment.  Seller may assign its rights and interests hereunder.  Buyer may assign its rights or interests hereunder, in whole or in part, to one or more assignees, provided, however, that Buyer shall remain liable for its obligations hereunder notwithstanding any such assignment.

23.  Notices.  All notices, requests, demands and other communications hereunder shall be deemed to have been duly given if the same shall be in writing and shall be delivered personally (which shall include delivery by national overnight courier service) or sent by registered or certified mail, postage pre paid, and addressed as set forth above.  Any party may change the address to which notices are to be addressed by giving the other parties notice in the manner herein set forth.

24.  Environmental Issues.

(a)  Seller expressly disclaims any and all representations and warranties as to:  (i) the presence or release of hazardous materials on, in, under, or adjacent to the Property, (ii) the Property's compliance with environmental laws, and (iii) any potential environmental liability associated with the Property or any activities conducted on the Property.

(b)  Buyer, for itself, its partners or shareholders, all persons or entities that control, are controlled by or under common control with Buyer and its partners or shareholders (each, an "Affiliate"), and all of their respective successors and assigns, expressly waives any and all rights against Seller and Lender pertaining to any environmental liability or pursuant to any environmental law, including, without limitation, any claim alleged under CERCLA.

(c)  The agreements of Buyer in this Paragraph shall survive the termination of this Agreement for any reason and shall survive the Closing of the transactions contemplated herein.

25.  Governing Law.  This Agreement shall be construed and interpreted according to the Bankruptcy Code and, to the extent they do not conflict, the substantive laws of the State of Wisconsin, without regard to conflict of law principles.  Buyer hereby consents to the exclusive jurisdiction of the Bankruptcy Court in connection with any matter arising under this Agreement.

26.  Time of the Essence.  Time is of the essence with respect to each and every provision of this Agreement.

27.  Performance on Business Days.  If any date for the occurrence of an event or act under this Agreement falls on a Saturday or Sunday or federal holiday, then the time for the occurrence of such event or act shall be extended to the next succeeding business day.

28.  Entire Agreement.  This Agreement, together with any Exhibit attached hereto and incorporated by reference herein, constitutes the entire undertaking between the parties hereto, and supersedes any and all prior agreements, arrangements and understandings between the parties.

12

EXHIBIT 1

29. Counterparts. This Agreement may be executed in two or more counterparts, each of which shall constitute an original.

30. AS IS. **BUYER ACKNOWLEDGES AND AGREES THAT IT HAS OR HAS HAD THE OPPORTUNITY TO INSPECT, REVIEW AND INVESTIGATE THE PROPERTY TO BUYER'S FULL SATISFACTION. BUYER IS A SOPHISTICATED BUYER AND OWNER OF REAL ESTATE AND HAS BASED ITS DECISION TO PURCHASE THE PROPERTY ON ITS OWN INSPECTION, REVIEW AND INVESTIGATION OF THE PROPERTY. IT IS EXPRESSLY ACKNOWLEDGED AND AGREED BY BUYER THAT NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXCEPT THOSE EXPRESSLY SET FORTH IN THIS AGREEMENT, HAVE BEEN MADE BY SELLER OR SELLER'S AGENTS OR CONSULTANTS TO BUYER OR TO THE AGENTS OR CONSULTANTS OF BUYER WITH RESPECT TO THE PROPERTY, AND THAT ANY STATEMENTS WHATSOEVER MADE BY SELLER OR SELLER'S AGENTS OR CONSULTANTS TO BUYER OR TO BUYER'S AGENTS OR CONSULTANTS ARE NOT MATERIAL AND HAVE NOT BEEN RELIED UPON BY BUYER. WITHOUT LIMITING THE GENERALITY OF THIS ACKNOWLEDGMENT AND AGREEMENT, IT IS SPECIFICALLY ACKNOWLEDGED AND AGREED THAT THE PROPERTY SHALL BE ACCEPTED BY BUYER IN "AS IS", "WHERE IS" CONDITION, "WITH ALL FAULTS".**

31. Seller Right to Reject. Seller has the right to reject any Successful Bid (as defined in the Order Establishing Auction Procedures entered by the Bankruptcy Court in Seller's bankruptcy cases) prior to the entry of the Sale Order. In such event, Seller may designate a new Successful Bid and Alternative Successful Bid (as defined in Order Establishing Auction Procedures).

32. Severability. The provisions of this Agreement shall be deemed severable and the invalidity or unenforceability of any provisions of this Agreement shall not affect the validity or enforceability of the other provisions hereof.

13

EXHIBIT 1

EXHIBIT A

| No. | Address | City | State | Status | Rented/Leased | Fee Owner | Mortgage Details |
|---|---|---|---|---|---|---|---|
| 1 | 1150 | 1940 W. First St. | Milan | IL | Open | L/C | Jaspal's Illinois Seven, LLC | Amcore Bank, $31,188,223.11, recorded 12-2-04, Document #2004-34575 |
| 2 | 2149 | 801 W. Old Ridge Rd. | Hobart | IN | Open | L/C | Dhaliwal's Indiana Bulk Stations Two, Inc. | Amcore Bank, $31,188,223.11, recorded 12-13-04, Instrument #2004-10539 |
| 3 | 2605 | 7200 E Melton Rd. | Gary | IN | Closed | None | Rakrba Indiana E-Z Go Stations Three, Inc. | Amcore Bank, $31,188,223.11, recorded 12-13-04, Instrument #2004-10539 |
| 4 | 2610 | 453 South Main Street | Clinton | IN | Open | Lease | Bulk Petroleum Corporation | Amcore Bank, $6,500,000.00, recorded 5-9-07, Instrument #200701072 |
| 5 | 2703 | 2504 W. 16th Street | Bedford | IN | Open | Lease | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $31,188,223.11, recorded 7-25-05, Record 267, page 470 |
| 6 | 2710 | 3101 National Road | Columbus | IN | Open | L/C | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $6,500,000.00, recorded 11-20-06, Instrument #2006000114056 |
| 7 | 2715 | 1020 Indiana Hwy 62 | Corydon | IN | Closed | None | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $6,500,000.00, recorded 11-20-2006, Instrument #200608445 |
| 8 | 2720 | 715 North Weinbach Ave. | Evansville | IN | Open | Lease | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $6,500,000.00, recorded 5-9-07, Instrument #20070013658 |
| 9 | 2723 | 2905 Broadway Ave | Evansville | IN | Closed | Lease | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $6,500,000.00, recorded 11-27-06, Instrument #2006R00039749 |
| 10 | 2729 | 704 Main Street | Hope | IN | Open | L/C | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $31,188,223.11, recorded 8-22-05, Instrument 2005000010273 |
| 11 | 2744 | 729 SR 39 Bypass | Martinsville | IN | Open | None | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $31,188,223.11, recorded 12-2-04, Instrument #200417487 |
| 12 | 2758 | 23 East Main Street | Rossville | IN | Open | L/C | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $31,188,223.11, Inst. #2005-3822 |
| 13 | 2768 | US 50 & 421 Versailles Lane (192 E. Hwy. 50) | Versailles | IN | Open | Lease | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $6,500,000.00, recorded 11-20-06, Instrument 2006000005693 |
| 14 | 2774 | 3542 E 500 N | Whiteland | IN | Closed | Lease | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $31,188,223.11, recorded 7-25-05, Instrument #2005-019257 |
| 15 | 2785 | 430 Eastern Blvd | Clarksville | IN | Closed | None | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $6,500,000.00, Instrument #2007-1291 |
| 16 | 3635 | 4088 Lake Michigan Dr. NW | Grand Rapids | MI | Closed | Lease | Dhaliwal's Michigan Bulk Stations Two, Inc. | Amcore Bank, $31,188,223.11, recorded 12-6-04, Instrument #2004 1206-0157969 |
| 17 | 3638 | 3214 28th Division SE | Grand Rapids | MI | Open | Lease | Interstate Petroleum Products, Inc. | Amcore Bank, $31,188,223.11, recorded 12-6-04, Instrument #2004 1206-0157970 |
| 18 | 3645 | 5200 South Division St. SE | Kenwood | MI | Closed | None | Interstate Petroleum Products, Inc. | Amcore Bank, $31,188,223.11, recorded 12-6-04, Instrument #2004 1206-0157971 |
| 19 | 3655 | 1980 44th St. SE | Kenwood | MI | Open | None | Interstate Petroleum Products, Inc. | Amcore Bank, $31,188,223.11, recorded 12-6-04, Instrument #2004 1206-0157972 |
| 20 | 3657 | 1045 Chicago Dr. SW | Wyoming | MI | Open | None | Interstate Petroleum Products, Inc. | Amcore Bank, $31,188,223.11, recorded 12-6-04, Instrument #2004 1206-0157973 |
| 21 | 3659 | 2354 Clyde Park Ave SW | Grand Rapids | MI | Open | None | Interstate Petroleum Products, Inc. | Amcore Bank, $31,188,223.11, recorded 12-6-04, Instrument #2004 1206-0157974 |
| 22 | 3690 | 1355 N. Eaton Road | Albion | MI | Closed | L/C | Rakrba Michigan E-Z Go Stations Three, Inc. | Amcore Bank, $31,188,223.11, recorded 12-10-04, Liber 2919, page 544 |
| 23 | 5505 | 326 Lincoln Way | Ames | IA | Open | Lease | Darsham's Iowa Properties Four, LLC | Amcore Bank, $31,188,223.11, recorded 12-2-04. |
| 24 | 5520 | 1900 Summer St. | Burlington | IA | Open | Lease | Dhaliwal Iowa Properties Five, LLC | Amcore Bank, $31,188,223.11, recorded 12-2-04, Document #2004-007925 |
| 25 | 5525 | 101 E. Mt. Pleasant | W. Burlington | IA | Open | Lease | Dhaliwal Iowa Properties Five, LLC | Amcore Bank, $31,188,223.11, recorded 12-2-04, Document #2004-007925 |
| 26 | 5536 | 3732 Easton Blvd. | Des Moines | IA | Closed | None | Rakrba Iowa E-Z Go Stations Three, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 10847, page 413 |
| 27 | 5537 | 1105 Lincoln St. SE | Bondurant | IA | Closed | None | Dhaliwal's Iowa Bulk Stations Two, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 10847, page 413 |
| 28 | 5539 | 1220 Cody Rd. N | LeClaire | IA | Closed | Lease | Dhaliwal Iowa Properties Five, LLC | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 2004, page 42236 |
| 29 | 5550 | 4163 Hwy. 63 | Malcom | IA | Closed | None | Darsham's Iowa Stations One, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 740, page 45 |
| 30 | 5571 | 1443 Second Ave. | Des Moines | IA | Closed | Lease | Dhaliwal's Iowa Bulk Stations Two, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Document #2005-13685 |
| 31 | 5572 | 515 Broadway | Waterloo | IA | Closed | None | Darsham's Iowa Stations One, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 10847, page 413. |
| 32 | 5573 | 1800 SE 14th St. | Des Moines | IA | Closed | None | Darsham's Iowa Stations One, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 10847, page 413. |
| 33 | 5574 | 4800 Fleur Dr. | Des Moines | IA | Closed | None | Darsham's Iowa Stations One, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Document #2004-4949 |
| 34 | 5589 | 1001 A Ave. West | Oskaloosa | IA | Closed | None | Darsham's Iowa Stations One, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 10847, page 413. |
| 35 | 5596 | 3804 Hubbel Ave | Des Moines | IA | Closed | Lease | Darsham's Iowa Stations One, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 10847, page 413 |
| 36 | 5597 | 4028 NE 14th St. | Des Moines | IA | Closed | None | Darsham's Iowa Stations One, Inc. | Amcore Bank, $31,188,223.11, recorded 12-2-04, Book 6068, page 200 |
| 37 | 6508 | 790 East New Circle Road | Lexington | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Amcore Bank, $6,500,000.00, dated 4-20-07, Book 6068, page 200 |
| 38 | 7648 | 1702 Allison Lane | Jeffersonville | IN | Closed | None | Bulk Petroleum Indiana Properties, LLC | Amcore Bank, $6,500,000.00, Instrument #20071291 |
| 39 | 8814 | 9449 Blue Ridge Blvd. | Kansas City | MO | Closed | Lease | Darsham's Missouri Stations One, Inc. | Amcore Bank, $31,188,223.11, Document #2005K0002247 |

EXHIBIT 1

EXHIBIT A

| # | No. | Address | City | State | Status | L/C | Company | Lien |
|---|-----|---------|------|-------|--------|-----|---------|------|
| 40 | 2742 | 2620 Lincoln blvd | Marion | IN | Closed | Lease | Bulk Petroleum Indiana Properties, LLC | Great Wisconsin Credit Union, $9,881,000.00, filed 12-11-08, document I200612169 |
| 41 | 5510 | 303 E Platt | Marquoketa | IA | Open | Lease | Dhaliwal Iowa Properties Five, LLC | Great Wisconsin Credit Union, $9,881,000.00, filed 11-27-06, document 06-4498 |
| 42 | 6301 | 354 W. Cumberland Gap Pkwy. | Corbin | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $9,881,000.00, Book 814, page 557 |
| 43 | 6309 | 2399 Richmond Road | Lexington | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 5899, page 379 |
| 44 | 6312 | 801 East Main Street | Lexington | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $15,000,000.00, Book 5963, page 22 |
| 45 | 6320 | 4406 Taylor Blvd | Louisville | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $11,081,000.00, Book 10510, page 241 |
| 46 | 6321 | 2701 West Broadway | Louisville | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $9,881,000.00, Book 10423, page 73 |
| 47 | 6323 | 401 Winkler Avenue | Louisville | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 10400, page 508 |
| 48 | 6324 | 11598 Preston Hwy | Louisville | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 1120, page 796 |
| 49 | 6325 | 2708 Dixie Hwy | Louisville | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 10400, page 541 |
| 50 | 6330 | 4213 Bardstown Road | Louisville | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 10400, page 530 |
| 51 | 6343 | 6102 Bardstown Road | Louisville | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 10400, page 552 |
| 52 | 6347 | 1467 West Lexington Street | Winchester | KY | Open | L/C | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $9,881,000.00, book 609, page 464 |
| 53 | 6550 | 8404 National Turnpike | Louisville | KY | Closed | None | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 10400, page 563 |
| 54 | 6556 | 531 Southland Drive | Lexington | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $20,000,000.00, Book 5996, page 485 |
| 55 | 7718 | 11700 N US Hwy 31 | Edinburgh | IN | Open | L/C | Bulk Petroleum Corporation | Great Wisconsin Credit Union, $9,881,000.00, filed 12-11-06, Document 200600014775 |
| 56 | 7742 | 605 Schenkel Lane | Frankfort | KY | Open | L/C | Bulk Petroleum Corporation | Great Wisconsin Credit Union, $15,000,000.00, Book 1044, page 713 |
| 57 | 7743 | 135 Reservoir Street | Central City | KY | Closed | Lease | Bulk Petroleum Corporation | none |
| 58 | 7744 | 2213 Bridge St | Paducah | KY | Open | L/C | Bulk Petroleum Corporation | Great Wisconsin Credit Union, $15,000,000.00, Book 1112, page 122 |
| 59 | 7854 | 6600 W. Hwy 22 | Crestwood | KY | Open | L/C | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 1586, page 521 |
| 60 | 7863 | 10104 Taylorsville Road | Jeffersontown | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | none |
| 61 | 7865 | 405 Waller Avenue | Lexington | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $9,881,000.00, Book 5945, page 78 |
| 62 | 7876 | 9801 3rd street road | Louisville | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $20,000,000.00, Book 10606, page 20 |
| 63 | 7879 | 3039 Taylor Blvd | Louisville | KY | Open | L/C | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $20,000,000.00, Book 10606, page 8 |
| 64 | 7880 | 1054 Barrett Road | Louisville | KY | Open | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $11,081,000.00, book 10510, page 269 |
| 65 | 7881 | 11401 Westport Road | Louisville | KY | Closed | Lease | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $5,000,000.00, Book 10400, page 519 |
| 66 | 7887 | 480 East By-pass | Richmond | KY | Closed | L/C | Bulk Petroleum Kentucky Properties, LLC | Great Wisconsin Credit Union, $15,000,000.00, Book 1161, page 761 |

EXHIBIT 1
EXHIBIT B

*Land Contract Detail (Bachan Singh Purchase)*

| Station # | Mortgagee | Street Address of Station | City | State | Land Contract Price | L/C Signed | L/C Maturity Date | Vendee |
|---|---|---|---|---|---|---|---|---|
| 1150 | Amcore | 1940 First Street West | Milan | IL | $525,000 | 8/1/2008 | 7/31/2038 | Yasoda, Inc. |
| 2149 | Amcore | 801 West Old Ridge Road | Hobart | IN | $850,000 | 12/4/2007 | 12/4/2022 | Sarwinder Singh; Lakhwinder Singh; Balvinder Singh |
| 2710 | Amcore | 3101 National Road | Columbus | IN | $1,050,000 | 3/15/2008 | 1/31/2023 | Gagandeep Singh |
| 2723 | Amcore | 2905 Broadway Ave. | Evansville | IN | $909,167 | 10/5/2007 | 10/31/2027 | KMT, Inc. (Nima Tashi & Mingmar Sherpa) |
| 2729 | Amcore | 704 Main Street | Hope | IN | $700,000 | 1/31/2008 | 1/31/2023 | Ranjit Singh; Jagjit Singh |
| 2758 | Amcore | 23 Main Street | Rossville | IN | $950,000 | 10/26/2007 | 9/1/2022 | N.G. Fuel; Sukhminder S. Pandher; Sukhdev Singh Samra |
| 3690 | Amcore | 1355 North Eaton Road | Albion | MI | unknown | N/A | unknown | do not have copy |
| 2742 | BLS | 2620 Lincoln Blvd | Marion | IN | $400,000 | 6/25/2007 | 8/1/2022 | Karamjeet Singh Mann |
| 6347 | BLS | 1467 West Lexington Street | Winchester | KY | $925,000 | 3/1/2008 | 1/31/2033 | B Kwik Food Mart, Inc. |
| 7718 | BLS | 11700 N Hwy 31 | Edinburgh | IN | uknown | unknown | unknown | do not have copy |
| 7742 | BLS | 605 Schenkel Lane | Frankfort | KY | $875,000 | 12/31/2006 | unknown | Baldev Singh |
| 7744 | BLS | 1213 Bridge Street | Paducah | KY | $1,050,000 | 12/31/2006 | Not Stated | Star Fuels, LLC (Amarpreet Singh) |
| 7854 | BLS | 6600 West Hwy 22 | Crestwood | KY | $350,000 | 3/1/2008 | 1/31/2028 | Shalimar Investments, LLC |
| 7879 | BLS | 3039 Taylor Blvd | Louisville | KY | $450,000 | 3/1/2008 | 1/31/2028 | Shalimar Investments, LLC |
| 7879A | BLS | 951 Central Avenue | Louisville | KY | with 7879 | 1/31/2008 | 1/31/2028 | Shalimar Investments, LLC |
| 7887 | BLS | 480 East By-pass | Richmond | KY | $390,000 | 2/15/2008 | 1/15/2023 | CSD Petroleum, LLC |

EXHIBIT 1

## EXHIBIT C

## Lease Detail (Bachan Singh Purchase)

| Station No. | Address | City | State | Lessee | Begin | End | Rent |
|---|---|---|---|---|---|---|---|
| 2610 | 453 South Main Street | Clinton | IN | Sara Mini Mart, Inc. | 10/10/2006 | 10/9/2011 | $ 1,750.00 |
| 2703 | 2504 W. 16th Street | Bedford | IN | Hari Om Four, Inc. | 11/23/2004 | 11/22/2014 | None |
| 2720 | 715 North Weinbach | Evansville | IN | Sohan Gill; Manjit Singh | 11/23/2004 | 11/23/2009 | None |
| 2768 | US 50 & 421 Versailles Lane | Versailles | IN | Qurban Singh | verbal | monthly | None |
| 3635 | 4088 Lake Michigan Dr | Grand Rapids | MI | Shobha Ishaq | verbal | monthly | None |
| 3638 | 3214 28th Street SE | Grand Rapids | MI | Kamal Singh | verbal | monthly | None |
| 5520 | 1900 Summer St. | Burlington | IA | Dev Bastola | 12/19/2005 | 12/18/2010 | $ 1,500.00 |
| 5525 | 101 E. Mt. Pleasant | W. Burlington | IA | Dev Bastola | verbal | monthly | None |
| 5572 | 515 Broadway | Waterloo | IA | PK & P. Inc. | 5/1/2007 | 3/30/2012 | None |
| 5573 | 1800 SE 14th | Des Moines | IA | Kuhlwinder Singh | verbal | monthly | None |
| 5574 | 4800 Fleur Dr. | Des Moines | IA | Ruan, Inc. | unknown | 12/1/2010 | $ 1,027.00 |
| 5596 | 3804 Hubbel Ave | Des Moines | IA | Jasjit Nat Singh | verbal | monthly | None |
| 6308 | 790 East New Circle Road | Lexington | KY | Kanu Patel | verbal | monthly | None |
| 5510 | 303 E. Platt | Maquoketa | IA | John Wagner | verbal | monthly | None |
| 6301 | 354 W. Cumberland Gap Pkwy | Corbin | KY | Vipan Dutta | 12/23/2005 | 12/22/2010 | None |
| 6312 | 801 East Main Street | Lexington | KY | Kanu Patel | verbal | monthly | None |
| 6320 | 4406 Taylor Blvd | Louisville | KY | Kamco Oil Company, Inc. | 11/23/2004 | 11/23/2012 | None |
| 6323 | 401 Winkler Avenue | Louisville | KY | Kamco Oil Company, Inc. | 11/23/2004 | 11/23/2012 | None |
| 6325 | 2708 Dixie Hwy | Louisville | KY | Kamco Oil Company, Inc. | 11/23/2004 | 11/23/2012 | None |
| 6330 | 4213 Bardstown Road | Louisville | KY | Kamco Oil Company, Inc. | 11/23/2004 | 11/23/2012 | None |
| 6343 | 6102 Bardstown Road | Louisville | KY | Kamco Mart, LLC | 11/23/2004 | 11/23/2012 | None |
| 6356 | 531 Southland Drive | Lexington | KY | Lalita Patel | verbal | monthly | None |
| 7863 | 10104 Taylorsville Road | Jeffersontown | KY | Wilmer L. Carter | verbal | monthly | None |
| 7865 | 405 Waller Avenue | Lexington | KY | Lalita Patel | verbal | monthly | None |
| 7880 | 1054 Barret Avenue | Louisville | KY | Manoj Kumar Uppal | verbal | monthly | None |
| 7881 | 11401 Westport Road | Louisville | KY | ZAD, LLC | expired | - | - |

EXHIBIT 2

*Certificate of Service*

The undersigned certifies that on February 24, 2010 he filed the preceding pleadings via the Court's ECF electronic filing system, and upon belief, the same were served on interested parties in this case. A copy was also sent, as detailed below, to the following parties via U.S. Mail or as otherwise indicated, who may have an interest in the matter:

| Entity/Individual | Relationship/Claim | Amount, if known |
|---|---|---|
| Bachan Singh<br>c/o Atty. Thomas Shannon<br>Fox, O'Neill & Shannon SC<br>622 N Water St # 500<br>Milwaukee, WI 53202-4910 | Purchaser under § 363 | N/A |
| **Station 1150** | | |
| Unknown Occupant, at<br>1940 W. First St.<br>Milan, IL 61264 | Potential possessory interest | N/A |
| Tegh, Inc. (Narinder Multani)<br>2957 Church St.<br>Bettendorf, IA | Potential Lessee | N/A |
| National City Bank<br>Via ECF notification | Assignment of Rents dated November 26, 1999, recorded December 13, 1999 by Moco Realty, Co. | N/A |
| American National Bank & Trust Company<br>628 Main St.<br>Danville, VA 24541 | August 25, 1989 Mortgage filed on August 28, 1989 against CFM Franchising Company | $35,000,000 |
| Independent Oil Corp.<br>P.O. Box 259<br>Milan, IL 61264 | June 22, 2000 Mortgage filed on June 26, 2000 against Darco, Inc. | $Unknown |
| Mutual Bank<br>Via ECF notification | February 9, 2009 Mortgage filed on June 16, 2009 against Jaspal's Illinois Seven, LLC | $6,000,000 |
| Mutual Bank<br>Via ECF notification | Assignment of Rents dated February 9, 2009, recorded June 16, 2009 by Jaspal's Illinois Seven, LLC | N/A |
| Rock Island County Treasurer<br>1504 3rd Avenue<br>Rock Island, IL 61201-8612 | Unpaid Taxes | $Unknown |

1

EXHIBIT 2

| | | |
|---|---|---|
| Dairy Mart Liquidating Trust c/o Wayne R. Walker, Esq. Walker Nell Consultants, Inc. 1515 Market Street Suite 820 Philadelphia, PA 19102 | Parent Company of Convenient Industries of America, which holds potential leasehold rights, recorded March 30, 1977 | |
| **Station 2149** | | |
| Unknown Occupant, at 801 W Ridge Rd Hobart, IN 46342 | Potential possessory interest | N/A |
| Satwinder Singh Lakhwinder Singh Balvinder Singh 801 W Ridge Rd Hobart, IN 46342 | Land Contract Vendee | $Unknown |
| Amcore Bank, N.A. via ECF notification | November 18,2004 Mortgage filed on December 13,2004 against Dhaliwal's Indiana Bulk Stations Two, Inc. | $31,188,223.11 |
| Mutual Bank via ECF notification | February 9, 2009 Mortgage filed on May 29, 2009 against Dhaliwal's Indiana Bulk Stations Two, Inc. | $6,000,000 |
| Mutual Bank via ECF notification | Assignment of Rents dated February 9, 2009, recorded May 29,2009 by Dhaliwal's Indiana Bulk Stations Two, Inc. | N/A |
| Lake County Treasurer 2293 N. Main Street Building 'A', 2nd Floor Crown Point, IN 46307 | Taxes | $Unknown |
| Boyd Construction Company 450 South Ohio Street Hobart, IN 46342-4399 | November 7, 2002 Judgment | $Unknown |
| **Station 2605** | | |
| Unknown Occupant, at 7200 E Melton Rd Gary, IN 46403 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 13, 2004 against Rakhra Iowa E-Z-GO Stations Three, Inc. | $31,188,223.11 |

2

EXHIBIT 2

| | | |
|---|---|---|
| Lake County Treasurer<br>2293 North Main Street<br>Crown Point, IN 46307-1854 | Unpaid Taxes | $Unknown |
| Indiana Department of<br>Environmental Management<br>Attention: Bankruptcy<br>Coordinator<br>100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | Environmental Cleanup | $504,000 |
| **Station 2610** | | |
| Unknown Occupant, at<br>453 South Main St.<br>Clinton, IN 47842-2415 | Potential possessory<br>interest | N/A |
| Sara Mini Mart, Inc.<br>Dev Parasad Bastola<br>3120 Summer Tree Ave.<br>Bettendorft, IA 52722 | Potential Lessee | N/A |
| Amcore Bank, N.A.<br>via ECF notification | April 20, 2007 Mortgage<br>filed May 9, 2007 against<br>Bulk Petroleum Indiana<br>Properties, LLC | $6,500,000 |
| Vermillion County Treasurer<br>PO Box 99<br>Newport, IN 47966-0099 | Unpaid Taxes | $unknown |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,857,787.99 |
| **Station 2703** | | |
| Hari Om Four, Inc.<br>Kanu Patel<br>1864 Mannheim Rd.<br>Des Plaines, IL 60013 | Lessee | N/A |
| Amcore Bank, N.A.<br>via ECF notification | June 24, 2005 Mortgage<br>filed on July 25, 2005<br>against Bulk Petroleum<br>Indiana Properties, LLC | $31,188,223.11 |
| Lawrence County Treasurer<br>916 15th St. Room 27<br>Bedford, IN 47421 | Unpaid Taxes | $15,545.40 |
| Indiana Department of<br>Environmental Management<br>Attention: Bankruptcy<br>Coordinator<br>100 N. Senate Ave. | Environmental Cleanup | $250,000 |

3

EXHIBIT 2

| Mail Code 60-01<br>Indianapolis, IN 46204-2251 | | |
|---|---|---|
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,737,596.10 |
| **Station 2710** | | |
| Unknown Occupant, at<br>3101 National Rd<br>Columbus, IN 47201 | Potential possessory<br>interest | N/A |
| Gagandeep Singh<br>3101 National Rd<br>Columbus, IN 47201 | Land Contract Vendee | N/A |
| Amcore Bank, N.A.<br>via ECF notification | October 25, 2006<br>Mortgage filed on<br>November 20, 2006 against<br>Bulk Petroleum Indiana<br>Properties, LLC | $6,500,000 |
| Bartholomew County Treasurer<br>P.O. Box 1986<br>Columbus, IN 47202-1986 | Unpaid Taxes | $15,545.40 |
| Indiana Department of<br>Environmental Management<br>Attention: Bankruptcy<br>Coordinator<br>100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | Environmental Cleanup | $250,000 |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,662,367.82 |
| Indiana Farm Bureau Insurance<br>P.O. Box 1250<br>Indianapolis, IN 46206-1250 | January 26, 2009 Judgment | $519.69 |
| **Station 2715** | | |
| Unknown Occupant, at<br>1020 Indiana Highway 62<br>Corydon, IN 47112 | Potential possessory<br>interest | N/A |
| Kiel Bros. Oil Company, Inc.<br>3801 Tupelo Drive<br>Columbus, IN 47201-7293 | Potential Lessee | N/A |
| Amcore Bank, N.A.<br>via ECF notification | October 25, 2006<br>Mortgage filed on<br>November 20, 2006 against | $6,500,000 |

4

EXHIBIT 2

| | Bulk Petroleum Indiana Properties, LLC | |
|---|---|---|
| National City Bank<br>Via ECF notification | February 5, 2004 Mortgage filed on February 6, 2004 against Kiel Bros. Oil Company, Inc. | $30,000,000 |
| National City Bank<br>Via ECF notification | February 2, 2004 Mortgage, Security Agreement and Absolute Assignment of Rents & Leases recorded on February 4, 2004 against K.P. Oil, Inc. | $30,000,000 |
| Theodore C. Kiel<br>Marshall L. Kiel<br>Kathy S. Lubker<br>Hostetler & Kowalik PC<br>Gary L. Hostetler<br>101 West Ohio Street; Suite 1100<br>Indianapolis, IN 46204 | October 15, 2003 Mortgage filed on October 29, 2003 against Kiel Bros. Oil Company, Inc. | $Unknown |
| Home Federal Savings Bank<br>501 Washington St.<br>P.O. Box 408<br>Columbus, IN 47202-0408 | January 12, 2001 Mortgage filed on January 29, 2001 against K.P. Oil, Inc. | $15,000,000 |
| Home Federal Savings Bank<br>501 Washington St.<br>P.O. Box 408<br>Columbus, IN 47202-0408 | Assignment of Rents and Leases from K.P. Oil, Inc. dated January 12, 2001 and recorded January 29, 2001. | $Unknown |
| Harrison County Treasurer<br>300 N Capital Ave, Room 201<br>Corydon, IN 47112-1147 | Unpaid Taxes | $Unknown |
| Indiana Department of Environmental Management<br>Attention: Bankruptcy Coordinator<br>100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | Environmental Cleanup | $250,000 |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,663,226.15 |
| **Station 2720** | | |

5

EXHIBIT 2

| Unknown Occupant, at 715 N. Weinbach Evansville, IN 47711 | Potential possessory interest | N/A |
|---|---|---|
| Sohan Gill Manjit Singh 4007 E. 59th Street Davenport, IA 52807 | Potential Lessee/Land Contract Vendee | N/A |
| Amcore Bank, N.A. via ECF notification | April 20, 2007 Mortgage filed on May 9, 2007 against Bulk Petroleum Indiana Properties, LLC | $6,500,000 |
| Debalor, LLC c/o Maria S. Lazar Galanis, Pollack, Jacobs & Johnson, SC 839 N. Jefferson St, Suite 200 Milwaukee, WI 53202 | Judgment rendered June 23, 2008 | $84,990.05 |
| Debalor, LLC c/o Maria S. Lazar Galanis, Pollack, Jacobs & Johnson, SC 839 N. Jefferson St, Suite 200 Milwaukee, WI 53202 | Judgment rendered October 10, 2008 | $53,051.68 |
| Vanderburgh County Treasurer Room 210 Civic Center 1 N.W. Martin Luther King Jr. Blvd., Evansville, IN 47708-1832 | Unpaid Taxes | $1,680.74 |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 N. Senate Ave. Indianapolis, IN 46204 | Tax Liens | $4,663,583.09 |
| **Station 2723** | | |
| Unknown Occupant, at 2905 Broadway Ave Evansville, IN 47712 | Potential possessory interest | N/A |
| KMT Inc. 2905 Broadway Ave Evansville, IN 47712 | Potential Land Contract Vendee | N/A |
| Amcore Bank, N.A. via ECF notification | October 25, 2006 Mortgage filed on November 27, 2006 against Bulk Petroleum Indiana Properties, LLC | $6,500,000 |

EXHIBIT 2

| | | |
|---|---|---|
| Debalor, LLC<br>c/o Maria S. Lazar<br>Galanis, Pollack, Jacobs &<br>Johnson, SC<br>839 N. Jefferson St, Suite 200<br>Milwaukee, WI 53202 | Judgment rendered June 23, 2008 | $84,990.05 |
| Debalor, LLC<br>c/o Maria S. Lazar<br>Galanis, Pollack, Jacobs &<br>Johnson, SC<br>839 N. Jefferson St, Suite 200<br>Milwaukee, WI 53202 | Judgment rendered October 10, 2008 | $53,051.68 |
| Vanderburgh County Treasurer<br>Room 210 Civic Center<br>1 N.W. Martin Luther King Jr.<br>Blvd.,<br>Evansville, IN 47708-1832 | Unpaid Taxes | $unknown |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,663,583.09 |
| **Station 2729** | | |
| Unknown Occupant, at<br>704 Main St.<br>Hope, IN 47246 | Potential possessory interest | N/A |
| Baldev Singh<br>10226 Arizona St.<br>Plain Field, IN 46168 | Potential Lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | June 24, 2005 Mortgage filed on August 22, 2005 against Bulk Petroleum Indiana Properties, LLC | $31,188,223.11 |
| Indiana Farm Bureau Insurance<br>P.O. Box 1250<br>Indianapolis, IN 46206-1250 | Judgment against Bulk Petroleum Indiana Properties, LLC | $518.69 |
| Bartholomew County Treasurer<br>P.O. Box 1986<br>Columbus, IN 47202-1986 | Unpaid Taxes/Storm water Management Charge | $Unknown |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,662,367.82 |
| Indiana Department of Environmental Management<br>Attention: Bankruptcy Coordinator | Environmental Cleanup | $250,000 |

7

EXHIBIT 2

| | | |
|---|---|---|
| 100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | | |
| **Station 2744** | | |
| Unknown Occupant, at<br>729 SR 39 Bypass<br>Martinsville, IN 46151 | Potential possessory interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2,2004 against<br>Bulk Petroleum Indiana<br>Properties, LLC | $31,188,223.11 |
| Morgan County Treasurer<br>180 South Main Street<br>Martinsville, IN 46151-1983 | Unpaid Taxes | $Unknown |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,662,335.23 |
| Indiana Department of<br>Environmental Management<br>Attention: Bankruptcy<br>Coordinator<br>100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | Environmental Cleanup | $250,000 |
| **Station 2758** | | |
| Unknown Occupant, at<br>23 E Main St.<br>Rossville, IN 46065 | Potential possessory interest | N/A |
| Sukhminder S. Pandher &<br>Sukhdev Singh Samra<br>23 E Main St.<br>Rossville, IN 46065 | Potential Land Contract interest | N/A |
| Sukhminder Pandher<br>14619 Inspiration Ct.<br>Louisville. KY 40245 | Potential Lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | Mortgage filed on July 21,<br>2005 against Bulk<br>Petroleum Indiana<br>Properties, LLC | $31,188,223.11 |
| Clinton County Treasurer<br>220 Courthouse Square<br>Frankfort, IN 46041-1994 | Unpaid Taxes | $Unknown |

8

EXHIBIT 2

| Indiana Department of Revenue Bankruptcy Section, N-240 100 N. Senate Ave. Indianapolis, IN 46204 | Tax Liens | $4,998,229.58 |
|---|---|---|
| Indiana Department of Environmental Management Attention: Bankruptcy Coordinator 100 N. Senate Ave. Mail Code 60-01 Indianapolis, IN 46204-2251 | Environmental Cleanup | $500,000 |
| **Station 2768** | | |
| Unknown Occupant, at 192 E. Highway 50 Versilles, IN 47042 | Potential possessory interest | N/A |
| Vigasvir Singh Sidhu 1465 Sheridan Rd. Unit #13B Kenosha, WI 53140 | Potential Lessee interest | N/A |
| Amcore Bank, N.A. via ECF notification | October 25, 2006 Mortgage filed on November 20, 2006 against Bulk Petroleum Indiana Properties, LLC | $6,500,000 |
| Robert E & Donna Jo Lafary C/O Michael J Hensley 307 Jefferson St Madison, In 47250 | August 1, 1991 Mortgage filed on August 1, 1991 against Kiel Oil Company, Inc. Address based on best information available. | $95,200.00 |
| National City Bank of Indiana Via ECF notification | February 2, 2004 Mortgage filed on February 10, 2004 against KP Oil, Inc. | $30,000 |
| Ripley County Treasurer 115 N Main St PO Box 176 Versailles, IN 47042 | Unpaid Taxes | $unknown |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 N. Senate Ave. Indianapolis, IN 46204 | Tax Liens | $4,665,807.27 |
| Storey Corporation PO Box 236 Seymour, IN 47274 | Lease on real estate/Property taxes on Lease | $3,662.63 |

9

EXHIBIT 2

| | | |
|---|---|---|
| Indiana Department of Environmental Management Attention: Bankruptcy Coordinator 100 N. Senate Ave. Mail Code 60-01 Indianapolis, IN 46204-2251 | Environmental Cleanup | $250,000 |
| **Station 2774** | | |
| Unknown Occupant, at 3542 E. 500 N Whiteland, IN 46184 | Potential possessory interest | N/A |
| MJTF, Inc. 3542 E. 500 N Whiteland, IN 46184 | Potential Lessee interest | N/A |
| Amcore Bank, N.A. via ECF notification | June 24, 2005 Mortgage filed on July 25, 2005 against Bulk Petroleum Indiana Properties, LLC | $31,188,223.11 |
| Johnson County Treasurer 86 West Court Street Franklin, IN 46131-2304 | Unpaid Taxes | $Unknown |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 N. Senate Ave. Indianapolis, IN 46204 | Tax Liens | $4,667,630.77 |
| Indiana Department of Environmental Management Attention: Bankruptcy Coordinator 100 N. Senate Ave. Mail Code 60-01 Indianapolis, IN 46204-2251 | Environmental Cleanup | $50,000 |
| MacAllister Machinery Co., Inc c/o Thomas W. Blessing, Esq. Schuckit & Associates, P.C. 10 West Market St. Suite 3000 Indianapolis, IN 46204 | Mechanics Lien recorded July 24, 2008 | $2,189.76 |
| **Station 2785** | | |
| Unknown Occupant, at 430 Eastern Blvd Clarksville, IN 47129 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | April 20, 2006 Mortgage against Bulk Petroleum Indiana Properties, LLC | $6,500,000 |

10

EXHIBIT 2

| | | |
|---|---|---|
| Ripley County Treasurer<br>115 N Main St<br>PO Box 176<br>Versailles, IN 47042 | Unpaid Taxes | $unknown |
| Clarksville Wastewater<br>2000 Broadway, Suite 136<br>Clarksville, IN 47129 | Sewer Lien | $1,087.02 |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,786,664.03 |
| Indiana Department of<br>Environmental Management<br>Attention: Bankruptcy<br>Coordinator<br>100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | Environmental Cleanup | $500,000 |
| **Station 3635** | | |
| Unknown Occupant, at<br>4088 Lake Michigan Dr<br>Grand Rapids, MI 49534 | Potential possessory<br>interest | N/A |
| Shobha Ishaq<br>422 Cedar Bridge Dr. #2B<br>Grand Rapids, MI 49544 | Potential lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2, 2004 against<br>Dhaliwal's Michigan Bulk<br>Stations Two, Inc., and<br>Interstate Petroleum<br>Products | $31,188,223.11 |
| Mutual Bank<br>Via ECF notification | September 29, 2008<br>Mortgage filed on<br>December 1, 2008 against<br>Dhaliwal's Michigan Bulk<br>Stations Two, Inc. | $6,000,000 |
| Mutual Bank<br>Via ECF notification | Assignment of lease and<br>rents from Dhaliwal's<br>Michigan Bulk Stations<br>Two, Inc. dated<br>September 29, 2008 and<br>filed on December 1, 2008 | N/A |
| Kent County Treasurer<br>300 Monroe Avenue Northwest<br>Grand Rapids, MI 49503-2287 | Unpaid Taxes | $Unknown |

11

EXHIBIT 2

| Station 3638 | | |
|---|---|---|
| Unknown Occupant, at 3214 28th St. SE Grand Rapids, MI 49512 | Potential possessory interest | N/A |
| Swaran Singh 3214 28th Street Southeast, Kentwood, MI 49512 | Potential lessee interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 6, 2004 against Dhaliwal's Michigan Bulk Stations Two, Inc., and Interstate Petroleum Products | $31,188,223.11 |
| Mutual Bank Via ECF notification | September 29, 2008 Mortgage filed on December 1, 2008 against Interstate Petroleum Products, Inc. | $6,000,000 |
| Mutual Bank Via ECF notification | Assignment of lease and rents from Interstate Petroleum Products, Inc. dated September 29, 2008 and filed on December 1, 2008 | N/A |
| Kent County Treasurer 300 Monroe Avenue Northwest Grand Rapids, MI 49503-2287 | Unpaid Taxes | $Unknown |
| City of Kentwood Treasurer P.O. Box 8848 Kentwood, MI 49518-8848 | Unpaid Taxes | $Unknown |
| City of Grand Rapids Treasurer 300 Monroe Avenue NW Grand Rapids, MI 49503-2206 | Unpaid Taxes | $Unknown |
| Station 3645 | | |
| Unknown Occupant, at 5200 South Division SE Kentwood, MI 49548 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 6, 2004 against Dhaliwal's Michigan Bulk Stations Two, Inc., and Interstate Petroleum Products | $31,188,223.11 |

12

EXHIBIT 2

| | | |
|---|---|---|
| Kent County Treasurer<br>300 Monroe Avenue Northwest<br>Grand Rapids, MI 49503-2287 | Unpaid Taxes | $Unknown |
| City of Kentwood Treasurer<br>P.O. Box 8848<br>Kentwood, MI 49518-8848 | Unpaid Taxes | $Unknown |
| **Station 3655** | | |
| Unknown Occupant, at<br>1980 44th St. SE<br>Kentwood, MI 49508 | Potential possessory interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 6, 2004 against<br>Dhaliwal's Michigan Bulk<br>Stations Two, Inc., and<br>Interstate Petroleum<br>Products | $31,188,223.11 |
| Mutual Bank<br>Via ECF notification | September 29, 2008<br>Mortgage filed on<br>December 1, 2008 against<br>Interstate Petroleum<br>Products, Inc. | $6,000,000 |
| Mutual Bank<br>Via ECF notification | Assignment of lease and<br>rents from Interstate<br>Petroleum Products, Inc.<br>dated September 29, 2008<br>and filed on December 1,<br>2008 | N/A |
| Kent County Treasurer<br>300 Monroe Avenue Northwest<br>Grand Rapids, MI 49503-2287 | Unpaid Taxes | $Unknown |
| City of Kentwood Treasurer<br>P.O. Box 8848<br>Kentwood, MI 49518-8848 | Unpaid Taxes | $Unknown |
| **Station 3657** | | |
| Unknown Occupant, at<br>1045 Chicago Dr. SW<br>Wyoming, MI 49509 | Potential possessory interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 6, 2004 against<br>Dhaliwal's Michigan Bulk<br>Stations Two, Inc., and<br>Interstate Petroleum<br>Products | $31,188,223.11 |

13

EXHIBIT 2

| Mutual Bank<br>Via ECF notification | September 29, 2008<br>Mortgage filed on<br>December 1, 2008 against<br>Interstate Petroleum<br>Products, Inc. | $6,000,000 |
|---|---|---|
| Mutual Bank<br>Via ECF notification | Assignment of lease and<br>rents from Interstate<br>Petroleum Products, Inc.<br>dated September 29, 2008<br>and filed on December 1,<br>2008 | N/A |
| Kent County Treasurer<br>300 Monroe Avenue Northwest<br>Grand Rapids, MI 49503-2287 | Unpaid Taxes | $Unknown |
| City of Wyoming Treasurer<br>1155 28th Street SW<br>P.O. Box 905<br>Wyoming, MI 49509 | Unpaid Taxes | $Unknown |
| Artemis Environmental Inc.<br>417 Elliot Ave<br>PO Box 311<br>Grand Haven, MI 49417-0311 | Service Performed | $2,896.13 |
| **Station 3659** | | |
| Unknown Occupant, at<br>2354 Clyde Park Ave, SW<br>Grand Rapids, MI 49503 | Potential possessory<br>interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 6, 2004 against<br>Dhaliwal's Michigan Bulk<br>Stations Two, Inc., and<br>Interstate Petroleum<br>Products | $31,188,223.11 |
| Mutual Bank<br>Via ECF notification | September 29, 2008<br>Mortgage filed on<br>December 1, 2008 against<br>Interstate Petroleum<br>Products, Inc. | $6,000,000 |
| Mutual Bank<br>Via ECF notification | Assignment of lease and<br>rents from Interstate<br>Petroleum Products, Inc.<br>dated September 29, 2008<br>and filed on December 1,<br>2008 | N/A |

EXHIBIT 2

| Kent County Treasurer<br>300 Monroe Avenue Northwest<br>Grand Rapids, MI 49503-2287 | Unpaid Taxes | $Unknown |
|---|---|---|
| City of Kentwood Treasurer<br>P.O. Box 8848<br>Kentwood, MI 49518-8848 | Unpaid Taxes | $Unknown |
| **Station 3690** | | |
| Unknown Occupant, at<br>1355 N. Eaton St.<br>Albion, MI 49224 | Potential possessory interest | N/A |
| WDS Ventures<br>1620 South Kalamazoo<br>Marshall, MI 49068 | Potential Lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 10, 2004<br>against Rakhra Iowa E-Z-<br>Go Stations Three, Inc. | $31,188,223.11 |
| Calhoun County Treasurer<br>County Building<br>315 W Green St<br>Marshall, MI 49068 | Unpaid Taxes | $Unknown |
| **Station 5505** | | |
| Unknown Occupant, at<br>326 Lincoln Way<br>Ames, IA 50010-3318 | Potential possessory interest | N/A |
| Balwinder Singh<br>Gurnam S Gill<br>326 Lincoln Way<br>Ames, IA 50010-3318 | Potential Lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2, 2004 against<br>Darshan's Iowa Properties<br>Four, LLC | $31,188,223.11 |
| Story County Treasurer<br>900 6th Street<br>Nevada, IA 50201-2056 | Unpaid Taxes | $Unknown |
| **Station 5520** | | |
| Unknown Occupant, at<br>1900 Summer St.<br>Burlington, IA 52601-1460 | Potential possessory interest | N/A |
| Jangbir Thakur<br>531 NE Malibu Dr.<br>Lee's Summit, MO 64064 | Potential Lessee interest | N/A |

15

EXHIBIT 2

| | | |
|---|---|---|
| Mohan P. Paudel/Dev Parsad Bastola 521 Perry Street #109 Davenport, IA 52803 | Potential Lessee interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Dhaliwal Iowa Properties Five, LLC | $31,188,223.11 |
| Mutual Bank Via ECF notification | February 9, 2009 Mortgage filed on May 11, 2009 against Dhaliwal Iowa Properties Five, LLC | $6,000,000 |
| Mutual Bank Via ECF notification | Assignment of rents dated February 9, 2009, recorded May 11, 2009 from Dhaliwal Iowa Properties Five, LLC | N/A |
| Des Moines County Treasurer Des Moines County Courthouse First Floor - South 513 North Main Street Burlington, Iowa 52601 | Unpaid Taxes | $Unknown |
| **Station 5525** | | |
| Unknown Occupant, at 101 E. Mt. Pleasant W. Burlington, IA 52655-1232 | Potential possessory interest | N/A |
| R&R Food Center Raj Kumar Batish 1209 Chateau Knoll Bettendorf, IA 52722 | Potential Lessee interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Dhaliwal Iowa Properties Five, LLC | $31,188,223.11 |
| Mutual Bank Via ECF notification | February 9, 2009 Mortgage filed on May 11, 2009 against Dhaliwal Iowa Properties Five, LLC | $6,000,000 |
| Mutual Bank Via ECF notification | Assignment of rents dated February 9, 2009, recorded May 11, 2009 from Dhaliwal Iowa Properties Five, LLC | N/A |

16

EXHIBIT 2

| | | |
|---|---|---|
| Des Moines County Treasurer<br>Des Moines County Courthouse<br>First Floor - South<br>513 North Main Street<br>Burlington, Iowa 52601 | Unpaid Taxes | $Unknown |
| **Station 5536** | | |
| Unknown Occupant, at<br>3732 Easton Blvd.<br>Des Moines, IA 50317 | Potential possessory interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Rakhra Iowa E-Z-Go Stations Three, Inc., Darshan's Iowa Stations One, Inc., & Dhaliwal's Iowa Bulk Stations Two, Inc. | $31,188,223.11 |
| Polk County Treasurer<br>111 Court Avenue<br>Des Moines, IA 50309-2298 | Unpaid Taxes | $Unknown |
| MidAmerican Energy Co<br>PO Box 4350 Credit<br>Davenport, IA 52808 | Gas and electric utility | $303.01 |
| **Station 5537** | | |
| Unknown Occupant, at<br>1105 Lincoln St.<br>Bondurant, IA 50035 | Potential possessory interest | N/A |
| Kiran Lata Virk<br>210 Cedar Ave.<br>Morton, IL 61550 | Potential lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Rakhra Iowa E-Z-Go Stations Three, Inc., Darshan's Iowa Stations One, Inc., & Dhaliwal's Iowa Bulk Stations Two, Inc. | $31,188,223.11 |
| Polk County Treasurer<br>111 Court Avenue<br>Des Moines, IA 50309-2298 | Unpaid Taxes | $Unknown |
| MidAmerican Energy Co<br>PO Box 4350 Credit<br>Davenport, IA 52808 | Gas and Electric Utility | $Unknown |

17

EXHIBIT 2

| Station 5539 | | |
|---|---|---|
| Unknown Occupant, at 1220 N. Cody Rd. LeClaire, IA 52753 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Dhaliwal Iowa Properties Five, LLC | $31,188,223.11 |
| Scott County Treasurer 600 West 4th Street Davenport, IA 52801-1003 | Unpaid Taxes | $Unknown |
| Tankology, Inc. PO Box 201567 Austin, TX 78720-1567 | Services Performed | $507.60 |
| Diwan LLC c/o Atty. Burton H. Fagan 2535 Tech Dr. Suite #206 Bettendorf, IA 52722 | Contracts | $Unknown |
| Station 5550 | | |
| Unknown Occupant, at 4163 Hwy 63 Malcom, IA 50157 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Rakhra Iowa E-Z-GO Stations Three, Inc. | $31,188,223.11 |
| Poweshiek County Treasurer 302 West Main Street Montezuma, IA 50171-1107 | Unpaid Taxes | $Unknown |
| Tanknology Inc. PO Box 201567 Austin, TX 78720-1567 | Services Performed | $507.60 |
| Station 5571 | | |
| Unknown Occupant, at 1443 Second Ave. Des Moines, IA 50314-3404 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Rakhra Iowa E-Z-Go Stations Three, Inc., Darshan's Iowa Stations One, Inc., & Dhaliwal's Iowa Bulk Stations Two, | $31,188,223.11 |

EXHIBIT 2

| | Inc. | |
|---|---|---|
| Polk County Treasurer<br>111 Court Avenue<br>Des Moines, IA 50309-2298 | Unpaid Taxes | $Unknown |
| **Station 5572** | | |
| Unknown Occupant, at<br>515 Broadway<br>Waterloo, IA 50703-5807 | Potential possessory interest | N/A |
| PK & P, Inc<br>Shahbaz Ahmed<br>1224 Olesen Rd. #3<br>Waterloo, IA 50702 | Potential lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2, 2004 against<br>Dhaliwal's Iowa Bulk<br>Stations Two, Inc. | $31,188,223.11 |
| Black Hawk County Treasurer<br>316 East 5th Street<br>Waterloo, IA 50703-4712 | Unpaid Taxes | $Unknown |
| **Station 5573** | | |
| Unknown Occupant, at<br>1800 SE 14th<br>Des Moines, IA 50320-1013 | Potential possessory interest | N/A |
| Kulwinder Singh<br>8405 Alice Ave. #2<br>Clive, IA 50325 | Potential Lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2, 2004 against<br>Rakhra Iowa E-Z-Go<br>Stations Three, Inc.,<br>Darshan's Iowa Stations<br>One, Inc., & Dhaliwal's<br>Iowa Bulk Stations Two,<br>Inc. | $31,188,223.11 |
| Polk County Treasurer<br>111 Court Avenue<br>Des Moines, IA 50309-2298 | Unpaid Taxes | $Unknown |
| **Station 5574** | | |
| Unknown Occupant, at<br>4800 Fleur Dr.<br>Des Moines, IA 50321 | Potential possessory interest | N/A |

19

EXHIBIT 2

| Ruan Properties<br>3200 Ruan Center<br>666 Grand Ave.<br>Des Moines, IA 50309 | Potential Lessee interest | N/A |
|---|---|---|
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2, 2004 against<br>Rakhra Iowa E-Z-Go<br>Stations Three, Inc.,<br>Darshan's Iowa Stations<br>One, Inc., & Dhaliwal's<br>Iowa Bulk Stations Two,<br>Inc. | $31,188,223.11 |
| Polk County Treasurer<br>111 Court Avenue<br>Des Moines, IA 50309-2298 | Unpaid Taxes | $Unknown |
| **Station 5589** | | |
| Unknown Occupant, at<br>1001 A Ave West<br>Oskaloosa, IA 52577 | Potential possessory<br>interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2, 2004 against<br>Rakhra Iowa E-Z-Go<br>Stations Three, Inc. | $31,188,223.11 |
| Mahaska County Treasurer<br>106 South 1st Street<br>Oskaloosa, IA 52577-3143 | Unpaid Taxes | $Unknown |
| **Station 5596** | | |
| Unknown Occupant, at<br>3804 Hubbel Ave.<br>Des Moines, IA 50317 | Potential possessory<br>interest | N/A |
| Jasjit Singh Nat<br>6914 W. Mill Road<br>Milwaukee, WI 53218 | Potential Lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on<br>December 2, 2004 against<br>Rakhra Iowa E-Z-Go<br>Stations Three, Inc.,<br>Darshan's Iowa Stations<br>One, Inc., & Dhaliwal's<br>Iowa Bulk Stations Two,<br>Inc. | $31,188,223.11 |

20

EXHIBIT 2

| Polk County Treasurer 111 Court Avenue Des Moines, IA 50309-2298 | Unpaid Taxes | $Unknown |
|---|---|---|
| **Station 5597** | | |
| Unknown Occupant, at 4028 NE 14th St. Des Moines, IA 50313 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | November 18, 2004 Mortgage filed on December 2, 2004 against Rakhra Iowa E-Z-Go Stations Three, Inc., Darshan's Iowa Stations One, Inc., & Dhaliwal's Iowa Bulk Stations Two, Inc. | $31,188,223.11 |
| Polk County Treasurer 111 Court Avenue Des Moines, IA 50309-2298 | Unpaid Taxes | $Unknown |
| **Station 6308** | | |
| Unknown Occupant, at 790 East New Circle Rd. Lexington, KY 40505 | Potential possessory interest | N/A |
| Shiv Dev Inc. Three Shailesh I Patel 1864 Mannheim Rd. Des Plaines, IL 60013 | Potential leasehold interest | N/A |
| Amcore Bank, N.A. via ECF notification | April 20, 2007 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $6,500,000 |
| Lexington/Fayette Urban County Government Division of Revenue Room 206 200 E Main St Lexington, KY 40507 | Unpaid Taxes | $unknown |
| **Station 7848** | | |
| Unknown Occupant, at 1702 Allison Lane Jeffersonville, IN 47130-5807 | Potential possessory interest | N/A |
| Amcore Bank, N.A. via ECF notification | April 20, 2007 Mortgage against Bulk Petroleum Indiana Properties, LLC | $6,500,000 |
| National City Bank Via ECF notification | August 24, 2001 Mortgage against KP Oil, Inc. | $18,000,000 |

21

EXHIBIT 2

| Clark County Treasurer<br>501 E Court Ave. Rm 125<br>Jeffersonville, IN 47130-4084 | Unpaid Taxes | $unknown |
|---|---|---|
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,443,446.65 |
| Indiana Department of<br>Environmental Management<br>Attention: Bankruptcy<br>Coordinator<br>100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | Environmental Cleanup | $500,000 |
| **Station 8814** | | |
| Unknown Occupant, at<br>9449 Blue Ridge<br>Raytown, MO 64138 | Potential possessory interest | N/A |
| Jangbir Thakur<br>531 NE Malibu Dr.<br>Lee's Summit, MO 64064 | Potential Lessee interest | N/A |
| Amcore Bank, N.A.<br>via ECF notification | November 18, 2004<br>Mortgage filed on January 12, 2005 against<br>Darshan's Missouri Stations One, Inc. | $31,188,223.11 |
| Missouri Gas Energy<br>PO Box 219255<br>Kansas City, MO 64121-9255 | Utilities | $146.75 |
| Kansas City Treasurer<br>City Hall, First Floor<br>414 E. 12th St.<br>Kansas City, MO 64106 | Unpaid Taxes | $Unknown |
| **Station 2742** | | |
| Unknown Occupant, at<br>2620 Lincoln Blvd.<br>Marion, IN 46953 | Potential possessory interest | N/A |
| Karamjeet Singh Mann<br>2620 Lincoln Blvd.<br>Marion, IN 46953 | Potential Land Contract Vendee | N/A |
| BLS<br>via ECF notification | November 15, 2006<br>Mortgage filed on December 11, 2006<br>against Bulk Petroleum Indiana Properties, LLC | $unknown |

22

EXHIBIT 2

| | | |
|---|---|---|
| BLS<br>via ECF notification | Assignment of Leases and Rents dated November 15, 2006 and filed on December 11, 2006 from Bulk Petroleum Indiana Properties, LLC | N/A |
| Grant County Treasurer<br>401 South Adams Street<br>Marion, IN 46953-2099 | Unpaid Taxes | $1,463.52 |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,662,881.99 |
| Indiana Department of Environmental Management<br>Attention: Bankruptcy Coordinator<br>100 N. Senate Ave.<br>Mail Code 60-01<br>Indianapolis, IN 46204-2251 | Environmental Cleanup | $250,000 |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **Station 5510** | | |
| Unknown Occupant<br>303 E. Platt<br>Maquoketa, IA 52060 | Potential possessory interest | N/A |
| John Wagener<br>23619 Hwy 64<br>Maquoketa, IA 52060 | Potential Lessee Interest | N/A |
| BLS<br>via ECF notification | November 15, 2006 Mortgage filed on November 27, 2006 against Dhaliwal Iowa Properties Five, LLC | $9,881,000 |
| BLS<br>via ECF notification | Assignment of Leases and Rents dated November 15, 2006 and filed on November 27, 2006 from Dhaliwal Iowa Properties Five, LLC | N/A |
| Jackson County Treasurer<br>201 West Platt Street<br>Maquoketa, IA 52060-2243 | Unpaid Taxes | $unknown |
| Tanknology Inc.<br>PO Box 201567 | Services Performed | $507.60 |

23

EXHIBIT 2

| | | |
|---|---|---|
| Austin, TX 78720-1567 | | |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **Station 6301** | | |
| Unknown Occupant<br>354 W. Cumberland Gap Pkwy<br>Corbin, KY 40701 | Potential possessory<br>interest | |
| Vipan Dutta<br>354 W. Cumberland Gap Pkwy<br>Corbin, KY 40701 | Potential Lessee interest | |
| BLS<br>via ECF notification | November 15, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 15,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | |
| Knox County Treasurer<br>111 N 7th St<br>Vincennes, IN 47591-2034 | Unpaid Taxes | |
| Southern Tax Services, LLC<br>100 S Main St.<br>Nicolasville, KY 40356 | Sold tax bill | |
| Tankology, Inc.<br>PO Box 201567<br>Austin, TX 78720-1567 | Services Performed | |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6309** | | |
| Unknown Occupant<br>2399 Richmond Rd.<br>Lexington, KY 40515 | Potential possessory<br>interest | |
| Sidnay, Inc.<br>2506 Ivy Oaks Ct.<br>Louisville, KY 40245 | Potential Lessee interest | |
| BLS<br>via ECF notification | November 1, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 1,<br>2006 from Bulk Petroleum | |

24

EXHIBIT 2

| | Kentucky Properties, LLC | |
|---|---|---|
| Lexington/Fayette Urban County Government Division of Revenue Room 206 200 E Main St Lexington, KY 40507 | Unpaid Taxes | |
| Kentucky Tax Lien Fund, LLC P. O. Box 1002 London, KY 40743-1002 | Sold tax bill | |
| Lexington-Fayette Urban County Government – Dept of Law PO Box 34028 Lexington, KY 40588-4028 | Services Performed | |
| ATC Group Services Inc. Attn: Credit & Collection Dept. 600 W Cummings Park Suite 5500 Woburn, MA 01801 | Services Performed | |
| Sidnay, Inc. c/o Jeffery D. Nordholm 1011 N Mayfair Rd #200 Wauwatosa, WI 53226 | Contract | |
| Amcore Bank via ECF | Subordination Agreement Personal Property | |
| **6312** | | |
| Unknown Occupant 801 E. Main St. Lexington, KY 40502 | Potential possessory interest | N/A |
| Sidnay, Inc. 2506 Ivy Oaks Ct. Louisville, KY 40245 | Potential Lessee interest | N/A |
| BLS via ECF notification | December 29, 2006 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $15,000,000 |
| BLS via ECF notification | Assignment of Leases and Rents dated December 29, 2006 from Bulk Petroleum Kentucky Properties, LLC | N/A |
| Lexington/Fayette Urban County Government Division of Revenue Room 206 200 E Main St | Unpaid Taxes | $unknown |

EXHIBIT 2

| | | |
|---|---|---|
| Lexington, KY 40507 | | |
| Kentucky Tax Lien Fund, LLC<br>P. O. Box 1002<br>London, KY 40743-1002 | Sold tax bill | $unknown |
| Sidnay, Inc.<br>c/o Jeffery D. Nordholm<br>1011 N Mayfair Rd #200<br>Wauwatosa, WI 53226 | Contract | N/A |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6320** | | |
| Unknown Occupant<br>4406 Taylor Blvd.<br>Louisville, KY 40511 | Potential possessory<br>interest | N/A |
| Kamco Oil Company, Inc.<br>2506 Ivy Oaks Ct.<br>Louisville, KY 40245 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | December 21, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $11,081,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated December 21,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| The INA Group, LLC<br>1201 N. Street, Suite 102<br>Lincoln, NE 68506-0845 | Sold tax bill | $unknown |
| Kamco Oil Company, Inc.<br>c/o Jeffery D. Nordholm<br>1011 N Mayfair Rd #200<br>Wauwatosa, WI 53226 | Contract | N/A |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6321** | | |
| Unknown Occupant<br>2701 W. Broadway<br>Louisville, KY 40211 | Potential possessory<br>interest | N/A |

26

EXHIBIT 2

| Kamco Oil Company, Inc.<br>2506 Ivy Oaks Ct.<br>Louisville, KY 40245 | Potential Lessee interest | N/A |
|---|---|---|
| BLS<br>via ECF notification | November 15, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $9,881,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 15,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Southern Tax Services, LLC<br>100 S Main St.<br>Nicolasville, KY 40356 | Sold tax bill | $unknown |
| Kamco Oil Company, Inc.<br>c/o Jeffery D. Nordholm<br>1011 N Mayfair Rd #200<br>Wauwatosa, WI 53226 | Contract | N/A |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6323** | | |
| Unknown Occupant<br>401 Winkler Ave.<br>Louisville, KY 40208 | Potential possessory<br>interest | N/A |
| Kamco Oil Company, Inc.<br>2506 Ivy Oaks Ct.<br>Louisville, KY 40245 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 1, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $5,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 1,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Kamco Oil Company, Inc.<br>c/o Jeffery D. Nordholm<br>1011 N Mayfair Rd #200<br>Wauwatosa, WI 53226 | Contract | N/A |

27

EXHIBIT 2

| Amcore Bank via ECF | Subordination Agreement Personal Property | |
|---|---|---|
| **6324** | | |
| Unknown Occupant 11598 Preston Hwy Louisville, KY 40229 | Potential possessory interest | N/A |
| Kamco Oil Company, Inc. 2506 Ivy Oaks Ct. Louisville, KY 40245 | Potential Lessee interest | N/A |
| BLS via ECF notification | November 1, 2006 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $5,000,000 |
| BLS via ECF notification | Assignment of Leases and Rents dated November 1, 2006 from Bulk Petroleum Kentucky Properties, LLC | N/A |
| Bullitt County Treasurer 300 S Buckman St. Shepherdsville, KY 40165 | Unpaid Taxes | $unknown |
| City of Hillview c/o Mark Edison 216 S Buckman St. Suite 7 Shepherdsville, KY 40165 | Clean up lien | $unknown |
| Kamco Oil Company, Inc. c/o Jeffery D. Nordholm 1011 N Mayfair Rd #200 Wauwatosa, WI 53226 | Contract | N/A |
| Amcore Bank via ECF | Subordination Agreement Personal Property | |
| **6325** | | |
| Unknown Occupant 2708 Dixie Hwy. Louisville, KY 40216 | Potential possessory interest | N/A |
| Kamco Oil Company, Inc. 2506 Ivy Oaks Ct. Louisville, KY 40245 | Potential Lessee interest | N/A |
| BLS via ECF notification | November 1, 2006 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $5,000,000 |
| BLS via ECF notification | Assignment of Leases and Rents dated November 1, 2006 from Bulk Petroleum | N/A |

EXHIBIT 2

|  | Kentucky Properties, LLC |  |
|---|---|---|
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Southern Tax Services, LLC<br>100 S Main St.<br>Nicolasville, KY 40356 | Sold tax bill | $Unknown |
| Kamco Oil Company, Inc.<br>c/o Jeffery D. Nordholm<br>1011 N Mayfair Rd #200<br>Wauwatosa, WI 53226 | Contract | N/A |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property |  |
| **6330** | | |
| Unknown Occupant<br>4213 Bardstown Rd.<br>Louisville, KY 40218 | Potential possessory<br>interest | N/A |
| Kamco Oil Company, Inc.<br>2506 Ivy Oaks Ct.<br>Louisville, KY 40245 | Potential Lessee interest | N/A |
| Paramjitt Grewal<br>c/o Jeffery D. Nordholm<br>via ECF | Potential Lessee interest | N/A |
| Manraj Sidhu<br>c/o Jeffery D. Nordholm<br>via ECF | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 1, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $5,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 1,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Southern Tax Services, LLC<br>100 S Main St.<br>Nicolasville, KY 40356 | Sold tax bill | $Unknown |
| Kamco Oil Company, Inc.<br>c/o Jeffery D. Nordholm<br>1011 N Mayfair Rd #200<br>Wauwatosa, WI 53226 | Contract | N/A |

29

EXHIBIT 2

| | | |
|---|---|---|
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6343** | | |
| Unknown Occupant<br>6102 Bardstown Rd.<br>Louisville, KY 40291 | Potential possessory<br>interest | N/A |
| Kamco Mart, LLC<br>2506 Ivy Oaks Ct.<br>Louisville, KY 40245 | Potential Lessee interest | N/A |
| Paramjitt Grewal<br>c/o Jeffery D. Nordholm<br>via ECF | Potential Lessee interest | N/A |
| Manraj Sidhu<br>c/o Jeffery D. Nordholm<br>via ECF | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 1, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $5,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 1,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Nebraska Alliance Realty<br>5106 California St<br>Omaha, NE 68132 | Sold tax bill | $Unknown |
| Kamco Mart, LLC<br>c/o Jeffery D. Nordholm<br>1011 N Mayfair Rd #200<br>Wauwatosa, WI 53226 | Contract | N/A |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6347** | | |
| Unknown Occupant<br>1467 W. Lexington Ave.<br>Winchester, KY 40391 | Potential possessory<br>interest | N/A |
| Sidnay, Inc.<br>2506 Ivy Oaks Ct.<br>Louisville, KY 40245 | Potential Lessee interest | N/A |
| B. Kwik Food Mart Inc.<br>c/o Jeff Nordholm<br>via ECF | Potential Land Contract<br>Vendee/Lessee interest | N/A |

30

EXHIBIT 2

| | | |
|---|---|---|
| Paramjitt Grewal<br>c/o Jeffery D. Nordholm<br>via ECF | Potential Lessee interest | N/A |
| Manraj Sidhu<br>c/o Jeffery D. Nordholm<br>via ECF | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 15, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $9,881,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 15,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Clark County Treasurer<br>34 South Main Street<br>Winchester, KY 40391-2600 | Unpaid Taxes | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6350** | | |
| Unknown Occupant<br>8404 National Turnpike<br>Louisville, KY 40214 | Potential possessory<br>interest | N/A |
| BLS<br>via ECF notification | November 1, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $5,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 1,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Louisville-Jefferson County<br>Metro<br>Dept of Codes and Regulations<br>444 S 5th St<br>Louisville, KY 40202 | Civil Penalty Lien | $unknown |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Nebraska Alliance Realty<br>5106 California St<br>Omaha, NE 68132 | Sold tax bill | $Unknown |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **6356** | | |

31

EXHIBIT 2

| | | |
|---|---|---|
| Unknown Occupant<br>501 Southland St.<br>Lexington, KY 40503 | Potential possessory interest | N/A |
| MAA Inc.<br>335 Ridgewood Pl.<br>Lexington, KY 40206 | Potential Lessee interest | N/A |
| Lalita Patel<br>501 Southland St.<br>Lexington, KY 40503 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | January 16, 2007 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $20,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and Rents dated January 16, 2007 from Bulk Petroleum Kentucky Properties, LLC | N/A |
| Lexington/Fayette Urban County Government<br>Division of Revenue Room 206<br>200 E Main St<br>Lexington, KY 40507 | Unpaid Taxes | $unknown |
| Kentucky Tax Lien Fund, LLC<br>P. O. Box 1002<br>London, KY 40743-1002 | Sold tax bill | $Unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7718** | | |
| Unknown Occupant<br>11700 N US Hwy 31<br>Edinburgh, IN 46124 | Potential possessory interest | N/A |
| VIP Petroleum, Inc.<br>11700 N US Hwy 31<br>Edinburgh, IN 46124 | Potential Lessee interest | N/A |
| VIP Petroleum, Inc.<br>Attn: Nachattar Singh<br>7800 Five Points Rd.<br>Indianapolis, IN 46259 | Potential Lessee interest | N/A |
| Surinder Singh<br>11700 N US Hwy 31<br>Edinburgh, IN 46124 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 15, 2006 Mortgage filed December 11, 2006 against Bulk Petroleum Indiana Properties, LLC | $9,881,000 |

32

EXHIBIT 2

| | | |
|---|---|---|
| BLS<br>via ECF notification | Assignment of Leases and Rents dated November 15, 2006, filed on December 11, 2006 from Bulk Petroleum Indiana Properties, LLC | N/A |
| Bartholomew County Treasurer<br>P.O. Box 1986<br>Columbus, IN 47202-1986 | Unpaid Taxes | $unknown |
| Indiana Farm Bureau Insurance<br>P.O. Box 1250<br>Indianapolis, IN 46206-1250 | January 26, 2009 Judgment | $519.69 |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Tax Liens | $4,662,367.82 |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7742** | | |
| Unknown Occupant<br>605 Schenkel Lane<br>Frankfort, KY 40601 | Potential possessory interest | N/A |
| Baldev Singh<br>1345 W. Southport Rd.<br>Indianapolis, IN 46217 | Potential Land Contract Vendee interest | N/A |
| BLS<br>via ECF notification | December 29, 2009 Mortgage against Bulk Petroleum Corp. | $15,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and Rents dated December 29, 2009  from Bulk Petroleum Corp. | N/A |
| Franklin County Treasurer<br>315 West Main Street<br>Frankfort, KY 40601-1872 | Unpaid Taxes | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7743** | | |
| Unknown Occupant<br>135 East Reservoir Ave.,<br>Central City, KY 42330 | Potential possessory interest | N/A |
| Riyatwo, Inc.<br>135 East Reservoir Ave.,<br>Central City, KY 42330 | Potential Land Contract Vendee interest | N/A |

EXHIBIT 2

| | | |
|---|---|---|
| MAA Three, Inc.<br>135 East Reservoir Ave.,<br>Central City, KY 42330 | Potential Lessee | N/A |
| Lalita Patel<br>135 East Reservoir Ave.,<br>Central City, KY 42330 | Potential Lessee | N/A |
| Rajeesh Patel<br>135 East Reservoir Ave.,<br>Central City, KY 42330 | Potential Lessee | N/A |
| BLS<br>via ECF notification | Potential Mortgage Interest against Bulk Petroleum Corp. | $unknown |
| Muhlenberg County Treasurer<br>P.O. Box 137<br>Greenville, KY 42345 | Unpaid Taxes | $unknown |
| Tax Ease Lien Investments 1<br>c/o Trey Gulledge, Vice President<br>14901 Quorum Dr. Suite 900<br>Dallas, TX 75254 | Sold tax bill | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7744** | | |
| Unknown Occupant<br>2213 Bridge St.<br>Paducah, KY 42003 | Potential possessory interest | N/A |
| Star Fuels LLC<br>2213 Bridge St.<br>Paducah, KY 42003 | Potential Land Contract Vendee interest | N/A |
| BLS<br>via ECF notification | December 29, 2006 Mortgage against Bulk Petroleum Corp. | $15,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and Rents dated December 29, 2009 from Bulk Petroleum Corp. | N/A |
| McCracken County Treasurer<br>301 South 6th Street<br>Paducah, KY 42003 | Unpaid Taxes | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7854** | | |
| Unknown Occupant<br>6600 West Hwy 22<br>Crestwood, KY 40014 | Potential possessory interest | N/A |

34

EXHIBIT 2

| | | |
|---|---|---|
| Shalimar Investments LLC<br>6600 West Highway 22<br>Crestwood, KY 40014 | Potential Lessee/Land Contract Vendee | N/A |
| Singh Petro<br>c/o Sukh Baings<br>138 N. Evergreen Rd. Suite 105<br>Louisville, KY 40243 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 1, 2006 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $5,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and Rents dated November 1, 2006 from Bulk Petroleum Kentucky Properties, LLC | N/A |
| Oldham County Attorney's Office<br>100 W Jefferson St.<br>Suite 5<br>La Grange, KY 40031 | Unpaid Taxes | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7863** | | |
| Unknown Occupant<br>10104 Taylorsville Rd.<br>Jeffersontown, KY 40299 | Potential possessory interest | N/A |
| Wilmer L Carter<br>10104 Taylorsville Rd.<br>Jeffersontown, KY 40299 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | Potential Mortgage interest against Bulk Petroleum Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| The INA Group, LLC<br>1201 N. Street, Suite 102<br>Lincoln, NE 68506-0845 | Sold tax bill | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7865** | | |
| Unknown Occupant<br>405 Waller Ave.<br>Lexington, KY 40504 | Potential possessory interest | N/A |

35

EXHIBIT 2

| | | |
|---|---|---|
| Sukhijit Bains &<br>Singh Petro 7, Inc.<br>14619 Inspiration Ct.<br>Louisville, KY 40245 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 15, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $9,881,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated November 15,<br>2006 from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Lexington/Fayette Urban<br>County Government<br>Division of Revenue Room 206<br>200 E Main St<br>Lexington, KY 40507 | Unpaid Taxes | $unknown |
| Kentucky Tax Lien Fund, LLC<br>P. O. Box 1002<br>London, KY 40743-1002 | Sold tax bill | $Unknown |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **7876** | | |
| Unknown Occupant<br>9801 3rd Street Rd<br>Louisville, KY 40272 | Potential possessory<br>interest | N/A |
| Douglas C. Perry<br>9801 3rd Street Rd<br>Louisville, KY 40272 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | January, 2007 Mortgage<br>against Bulk Petroleum<br>Kentucky Properties, LLC | $20,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated January, 2007<br>from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Louisville-Jefferson County<br>Metro<br>Dept of Codes and Regulations<br>444 S 5th St<br>Louisville, KY 40202 | Civil Penalty Lien | $unknown |

36

EXHIBIT 2

| The INA Group, LLC<br>1201 N. Street, Suite 102<br>Lincoln, NE 68506-0845 | Sold tax bill | $unknown |
|---|---|---|
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **7879** | | |
| Unknown Occupant<br>3039 Taylor Blvd<br>Louisville, KY 40208 | Potential possessory<br>interest | N/A |
| Shalimar Investments, LLC<br>14628 Inspiration Ct.<br>Louisville, KY 40245 | Potential Land Contract<br>Vendee/Lessee | N/A |
| BLS<br>via ECF notification | January, 2007 Mortgage<br>against Bulk Petroleum<br>Kentucky Properties, LLC | $20,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and<br>Rents dated January, 2007<br>from Bulk Petroleum<br>Kentucky Properties, LLC | N/A |
| Tank Corrosion Specialists, Inc.<br>Steve Witham<br>850 Charlotte Dr.<br>Alexandria, KY 41001 | Mechanics Lien | $1,000 |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Tax Ease Lien Servicing<br>14901 Quorum Drive, Suite<br>900<br>Dallas, TX 75254 | Sold tax bill | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement<br>Personal Property | |
| **7880** | | |
| Unknown Occupant<br>1054 Barrett Ave<br>Louisville, KY 40204 | Potential possessory<br>interest | N/A |
| Paul V. Standafer II<br>12535 Shelbyville Rd. #451<br>Louisville, KY 40204 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | December 21, 2006<br>Mortgage against Bulk<br>Petroleum Kentucky<br>Properties, LLC | $11,081,000 |

37

EXHIBIT 2

| | | |
|---|---|---|
| BLS<br>via ECF notification | Assignment of Leases and Rents dated December 21, 2006 from Bulk Petroleum Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| Nebraska Alliance Realty<br>5106 California St.<br>Omaha, NE 68132 | Sold tax bill | $unknown |
| Southern Tax Services, LLC<br>100 S Main St.<br>Nicolasville, KY 40356 | Sold tax bill | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7881** | | |
| Unknown Occupant<br>11401 Westport Rd<br>Louisville, KY 40241-3808 | Potential possessory interest | N/A |
| ZAD, LLC<br>11401 Westport Rd<br>Louisville, KY 40222 | Potential Lessee interest | N/A |
| BLS<br>via ECF notification | November 1, 2006 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $5,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and Rents dated November 1, 2006 from Bulk Petroleum Kentucky Properties, LLC | N/A |
| Jefferson County Treasurer<br>527 West Jefferson Street<br>Louisville, KY 40202-2816 | Unpaid Taxes | $unknown |
| The INA Group, LLC<br>1201 N. Street, Suite 102<br>Lincoln, NE 68506-0845 | Sold tax bill | $unknown |
| Dennis J. Stilger<br>6000 Brownsboro Park Blvd., Ste. H<br>Louisville, KY 40207 | Potential Judgment Lien of Quantum Development, LLC | $70,779.11 |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |
| **7887** | | |

38

EXHIBIT 2

| | | |
|---|---|---|
| Unknown Occupant<br>480 East By-pass<br>Richmond, KY 40475 | Potential possessory interest | N/A |
| CSD Petroleum LLC<br>480 East By-pass<br>Richmond, KY 40475 | Potential Land Contract Vendee/Lessee | N/A |
| BLS<br>via ECF notification | December 29, 2006 Mortgage against Bulk Petroleum Kentucky Properties, LLC | $15,000,000 |
| BLS<br>via ECF notification | Assignment of Leases and Rents dated December 29, 2006 from Bulk Petroleum Kentucky Properties, LLC | N/A |
| Madison County Sheriff<br>135 Irvine St.<br>Suite B01<br>Richmond, KY 40475 | Unpaid Taxes | $unknown |
| Southern Tax Services, LLC<br>100 S. Main St<br>Nicholasville, KY 40356 | Sold tax bill | $unknown |
| Amcore Bank<br>via ECF | Subordination Agreement Personal Property | |

Dated:  February 24, 2010

/s/ Justin M. Mertz

Justin M. Mertz
Kerkman & Dunn

Attorneys for the Debtors

EXHIBIT 3

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

In the Matters of

**BULK PETROLEUM CORPORATION,**          **Case No. 09-21782-SVK -11**
**et al.,**[1]                           **Jointly Administered**

                    **Debtors.**

---

**NOTICE OF DEBTORS' MOTION FOR HEARING ON SHORTENED NOTICE AND MOTION (i) TO SELL 66 PARCELS OF REAL PROPERTY AND RELATED FIXTURES AND PERSONAL PROPERTY ON AN OMNIBUS BASIS FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES TO CONVENIENCE STORES LEASING & MANAGEMENT, LLC, OR ITS ASSIGNS, FOR $11,000,000, (ii) TO APPROVE REJECTION OF LEASES BETWEEN DEBTOR ENTITIES, AND (iii) TO ASSUME AND ASSIGN CERTAIN LEASES AND LAND CONTRACTS**

---

To:     Interested Parties

  **PLEASE TAKE NOTICE,** that Bulk Petroleum Corporation and various related Co-Debtors, (together, the "Debtors") filed a motion pursuant to § 363 of the Bankruptcy Code to sell 66 parcels of real and related personal property, as further described in the motion, free and clear of any and all liens and interests, with the liens to attach to the proceeds of the sale, to Convenience Stores Leasing & Management, LLC or its assigns for $11,000,000.  The Debtors

---

[1] The Debtors are Bulk Petroleum Corporation, Bulk Petroleum Indiana Properties, LLC, Bulk Petroleum Kentucky Properties, LLC, Charanjeet Illinois Stations No. 6, Inc., Charanjeet's Wisconsin Properties One, LLC, Darshan's Wisconsin Stations Eight, LLC, Gurpal Wisconsin Stations, LLC, Interstate Petroleum Products, Inc., Rakhra Wisconsin E-Z Go Stations Three, Inc., Sartaj's Illinois Nine, LLC, Darshan's Michigan Stations One, Inc., Dhaliwal's Michigan Bulk Stations Two, Inc., Rakhra Michigan E-Z Go Stations Three, Inc., Darshan's Illinois Properties Four, Inc., Dhaliwal Illinois Properties Five, Inc., Jaspal's Illinois Seven, LLC, Sukhi's Illinois Eight, LLC, Darshan's Indiana Stations One, Inc., Dhaliwal's Indiana Bulk Stations Two, Inc., Rakhra Indiana E-Z Go Stations Three, Inc., Darshan's Kansas Stations One, Inc., Darshan's Missouri Stations One, Inc., Darshan's Iowa Stations One, Inc., Dhaliwal Iowa Bulk Stations Two, Inc., Rakhra Iowa E-Z Go Stations Three, Inc., Darshan's Iowa Properties Four, LLC, Dhaliwal Iowa Properties Five, LLC, Darshan's Wisconsin Properties Four, Inc.

Jerome R. Kerkman
Justin M. Mertz
Kerkman & Dunn
757 North Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone:  414. 277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com

EXHIBIT 3

have further moved to reject certain leases between the debtor entities and to assume and assign certain leases and land contracts. Additionally, the Debtors seek to waive any stay that may apply to the sale after the order is entered pursuant to Fed. R. Bankr. P. 6004(h) and 6006(d), or Fed. R. Civ. P. 62(a). The Debtors have requested that the hearing be held on a shortened notice period of 20 days. Copies of the motion and proposed order accompany this notice.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The hearing to consider the motion will be held at **2:30 p.m. on March 16, 2010** at:

> United States Courthouse and Federal Building
> 517 E. Wisconsin Ave., Room 167
> Milwaukee, WI 53202
> Judge: Hon. Susan V. Kelley
> U.S. Bankruptcy Judge

If you do not want the Court to approve the motion, or if you would like the Court to consider your views on it, then you or your attorney must object no later than the hearing set on **March 16, 2010** by filing a copy of your objection with the Bankruptcy Clerk of Courts whose address is below and serve a copy to the Debtors' attorney.

> Bankruptcy Clerk of Courts
> United States Courthouse and Federal Building
> 517 E. Wisconsin Ave.
> Milwaukee, WI 53202

If you mail your Response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date and time stated above. Please note that the Court may approve the Debtors' motion without a hearing if no objections are filed related to the motion.

2

EXHIBIT 3

**Y**ou or your attorney must also appear at the hearing.  Telephonic appearances may be arranged only upon prior approval from the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion and may enter an order approving it without further notice or a hearing.

Dated:  February 24, 2010.

/s/  Justin M. Mertz
Jerome R. Kerkman
Justin M. Mertz

Kerkman & Dunn
General and Special Counsel for the Debtors

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI  53202-3612
Phone:  414.277.8200
Facsimile:  414.277.0100
Email:  jkerkman@kerkmandunn.com

3