UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Bulk Petroleum Corporation, et al.,[1]

Debtors.

Chapter 11
Case No. 09-21782-svk
(Jointly Administered)

NOTICE OF INTENT TO ENTER ORDER APPROVING SALE

**To Creditors Requesting Notice in these Cases and Parties Potentially Interested In Bidding For The Debtors' Real and Personal Property,**

**Please Take Notice:** A hearing was held on April 22, 2010, on the Debtor's Supplement (the "Supplement," Docket No. 1147) to its Motion to Sell 66 Parcels of Real Property and Related Fixtures and Personal Property on an Omnibus Basis to Convenience Stores Leasing & Management, LLC ("CSLM") for $11,000,000 (the "Sale"). The Sale was previously approved by the Court at a hearing held on March 16, 2010, but the Order approving the Sale has not yet been entered. At the April 22, 2010 hearing, Darshan Dhaliwal, the principal of the Debtors, testified concerning his personal involvement in helping secure financing for the Sale, after certain investors in CSLM withdrew. Bachan Singh, principal of CSLM also testified as did others with knowledge of Darshan Dhaliwal's involvement with CSLM and the Sale. See the Supplement filed on April 16, 2010 (Docket No. 1147) for further information and details concerning the disclosures made concerning Darshan Dhaliwal's involvement with CSLM's financing.

At the request of the United States Trustee, and with the consent of the Debtors, the Court directed that this Notice be given to potentially interested purchasers of the 66 properties, as well as creditors and parties in interest who have requested to receive notices in this case under Bankruptcy Rule 2002(i). This Notice will serve to provide potential purchasers the opportunity to make a higher and better offer than $11,000,000 for the 66 properties offered in the Sale after considering the disclosures made in the Supplement and at the March 16, 2010 hearing on the Sale. For information concerning the disclosures made at the March 16, 2010 hearing on the Sale, see the Minutes of that hearing (Docket No. 1102) and the Amendments filed March 19, 2010 (Docket No. 1089 and 1090).

---

[1] The Debtors are Bulk Petroleum Corporation, Bulk Petroleum Indiana Properties, LLC, Bulk Petroleum Kentucky Properties, LLC, Charanjeet Illinois Stations No. 6, Inc., Charanjeet Wisconsin Properties One, LLC, Darshan's Wisconsin Stations Eight, LLC, Gurpal Wisconsin Stations, LLC, Interstate Petroleum Products, Inc., Rakhra Wisconsin E-Z Go Stations Three, Inc., Sartaj's Illinois Nine, LLC, Darshan's Michigan Stations One, Inc., Dhaliwal's Michigan Bulk Stations Two, Inc., Rakhra Michigan E-Z Go Stations Three, Inc., Darshan's Illinois Properties Four, Inc., Dhaliwal Illinois Properties Five, Inc., Jaspal's Illinois Seven, LLC, Suhki's Illinois Eight, LLC, Darshan's Indiana Stations One, Inc., Dhaliwal's Indiana Bulk Stations Two, Inc., Rakhra Indiana E-Z Go Stations Three, Inc., Darshan's Kansas Stations One, Inc., Darshan's Missouri Stations One, Inc., Darshan's Iowa Stations One, Inc., Dhaliwal Iowa Stations Two, Inc., Rakhra Iowa E-Z Go Stations Three, Inc., Darshan's Iowa Properties Four, LLC, Dhaliwal Iowa Properties Five, LLC, Darshan's Wisconsin Properties Four, LLC.

**Please Take Further Notice:** The Court will enter an Order approving the Sale unless a written Objection raising a material objection to the Sale not previously raised or making a higher and better offer for the 66 properties is filed with the Court and served on the undersigned on or before **May 6, 2010 at 5:00 p.m.** Milwaukee time (CDT).

**Please Take Further Notice: Only if an Objection is timely filed**, the Court will hold a hearing on **May 7, 2010 at 10:30 a.m.** (CDT) at the United States Courthouse, Room 167, 517 East Wisconsin Avenue, Milwaukee, Wisconsin. If you file an Objection, you or your representative are required to appear in person at the hearing to offer evidence in support of your Objection (no telephone appearances will be permitted). At the hearing, the Objections and any higher and better offers for the properties will be considered.

**Please Take Further Notice:** Any Objection based on the fact that the Objector is willing to make a higher and better offer for the 66 properties, must be (i) accompanied by a ten percent (10%) earnest money deposit made payable to the "Kerkman & Dunn Client Trust Account FBO Bulk Escrow," which earnest money shall be deposited with the Debtors' undersigned counsel, and (ii) supported by acceptable evidence that the Objector can fully fund and timely close the proposed transaction. Any competing offer should take into account that the CSLM offer of $11,000,000 takes the 66 properties subject to all existing leases and land contracts.

**Please Take Further Notice:** If no Objections are timely filed, the Court will enter an Order on **May 7, 2010,** approving the Sale to CSLM.

**Please Take Further Notice:** Contact the undersigned counsel for the Debtors, or Attorney Francis J. Lawall, counsel for the Creditors' Committee, at (215) 981-4000 or lawallf@pepperlaw.com for more information concerning the Sale and the matters contained in this Notice.

Dated: April 26, 2010.

/s/ Jerome R. Kerkman
Jerome R. Kerkman
Kerkman & Dunn

General Counsel for Bulk Petroleum
Corporation and Special Counsel
for the Other Debtors

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Telephone: 414.277.8200
Facsimile: 414.277.0100
jkerkman@kerkmandunn.com