THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 10, 2010



Honorable Susan V. Kelley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In the Matters of**

**BULK PETROLEUM CORPORATION,**      Case No. 09-21782-SVK -11
**et al.,**[1]      Jointly Administered

    **Debtors.**

## INTERIM ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO USE CASH COLLATERAL RETROACTIVELY TO MAY 19, 2010

---

[1] The Debtors are Bulk Petroleum Corporation, Bulk Petroleum Indiana Properties, LLC, Bulk Petroleum Kentucky Properties, LLC, Charanjeet Illinois Stations No. 6, Inc., Charanjeet's Wisconsin Properties One, LLC, Darshan's Wisconsin Stations Eight, LLC, Gurpal Wisconsin Stations, LLC, Interstate Petroleum Products, Inc., Rakhra Wisconsin E-Z Go Stations Three, Inc., Sartaj's Illinois Nine, LLC, Darshan's Michigan Stations One, Inc., Dhaliwal's Michigan Bulk Stations Two, Inc., Rakhra Michigan E-Z Go Stations Three, Inc., Darshan's Illinois Properties Four, Inc., Dhaliwal Illinois Properties Five, Inc., Jaspal's Illinois Seven, LLC, Sukhi's Illinois Eight, LLC, Darshan's Indiana Stations One, Inc., Dhaliwal's Indiana Bulk Stations Two, Inc., Rakhra Indiana E-Z Go Stations Three, Inc., Darshan's Kansas Stations One, Inc., Darshan's Missouri Stations One, Inc., Darshan's Iowa Stations One, Inc., Dhaliwal Iowa Bulk Stations Two, Inc., Rakhra Iowa E-Z Go Stations Three, Inc., Darshan's Iowa Properties Four, LLC, Dhaliwal Iowa Properties Five, LLC, Darshan's Wisconsin Properties Four, Inc.

<u>Drafted by:</u>

Jerome R. Kerkman
Justin M. Mertz
Kerkman & Dunn
757 North Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414. 277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com

This matter came before the Court on December 2, 2009, December 15, 2009, January 15, 2010, February 10, 2010 and February 19, 2010 on the continued hearings on the motion of Bulk Petroleum Corporation (the "Debtor") to use cash collateral on an interim basis retroactively to May 19, 2010 (the "Motion").

There were no objections to the continued interim use of cash collateral on a preliminary basis at any of the hearings. At the hearing on February 19, 2010, the parties read a stipulation that resolved the objections of State Bank of Cross Plains to the use of cash collateral into the record. The Court entered an order that memorialized that stipulation and provided for the continued use of cash collateral on an interim basis until May 19, 2010. The order provided that the use may be further extended if agreed to by Harris N.A., as assignee of the FDIC as the Receiver for Amcore Bank, N.A. ("Harris"), Associated Bank, State Bank of Cross Plains ("Cross Plains"), the Creditors' Committee and the Debtors (collectively, the "Parties").

On May 17, 2010, the Debtor moved the Court seeking an extension of the interim use of cash collateral to August 17, 2010. The use of cash collateral will be on the same terms of previous orders entered by the Court. A hearing was held on the Debtor's request for authorization to use cash collateral on an interim basis and no objections were filed.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The interim order for the use of cash collateral that was in effect until May 19, 2010 is extended until August 17, 2010 on the same terms as stated in the previous orders with the changes described in this order.

2. This Order may be extended by mutual agreement of the Parties on terms agreed to by the Parties.

3. This Order is without prejudice to each lender's right to seek immediate relief from the Court and to argue that it is not adequately protected and is entitled (a) to relief from the automatic stay and (b) the payment of any rents and any other amounts relating to the use or occupancy of properties subject to liens held by such Lender, including but not limited to any imputed rent collected as a result of gasoline surcharges, as proceeds of such lender's collateral.

# # # # #