B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

In re Bulk Petroleum Corporation ,  Case No. 09-21782

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bayview Loan Servicing, LLC, as servicer for Harris National Association
Name of Transferee

FDIC as the receiver for Amcore Bank, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o L. Katie Mason, Esq.
Reinhart Boerner Van Deuren, s.c.
1000 N. Water Street, Suite 1700
Milwaukee, WI 53202
Phone: 414-298-1000
Last Four Digits of Acct #: _____

Court Claim # (if known): 234
Amount of Claim: $27,054,514.84
Date Claim Filed: 9/30/09

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ L. Katie Mason   Date: 4-7-11
Transferee/Transferee's Agent
L. Katie Mason, Esq.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

BULK PETROLEUM CORPORATION,  Case No. 09-21782-svk-11

Debtor.

**ATTACHMENT TO TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, Bayview Loan Servicing, LLC, as servicer for Harris National Association, as the assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank N.A., hereby provides notice of its receipt of the transfer of claim no. 234. A redacted copy of the relevant Purchase and Assumption Agreement is attached hereto as <u>Exhibit A</u>.

Dated this 7th day of April, 2011.

| | |
|---|---|
| Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202-3186<br>414-298-1000 (phone)<br>414-298-8097 (fax)<br>pblain@reinnartlaw.com<br>kmason@reinhartlaw.com<br><br>Mailing Address:<br>P.O. Box 2965<br>Milwaukee, WI 53201-2965 | Peter C. Blain<br>WI State Bar ID No. 1009471<br>L. Katie Mason<br>WI State Bar ID No. 1060063<br><br><u>BY /s/ L. Katie Mason</u><br>Attorneys for Bayview Loan Servicing, LLC, as servicer for Harris National Association, as the assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank N.A. |

REINHART\6407839LKM:LKM 04/05/11

# Exhibit A

# PURCHASE AND ASSUMPTION AGREEMENT

## WHOLE BANK

## ALL DEPOSITS

THIS AGREEMENT, made and entered into as of the 23ed day of April, 2010, by and among the **FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER of AMCORE BANK N.A., ROCKFORD, IL** (the "Receiver"), **HARRIS NATIONAL ASSOCIATION**, organized under the laws of the United States of America, (the "Assuming Institution"), and the **FEDERAL DEPOSIT INSURANCE CORPORATION**, organized under the laws of the United States of America and having its principal office in Washington, D.C., acting in its corporate capacity (the "Corporation").

### WITNESSETH:

**WHEREAS**, on Bank Closing, the Chartering Authority closed **AMCORE BANK N.A.** (the "Failed Bank") pursuant to applicable law and the Corporation was appointed Receiver thereof; and

**WHEREAS**, the Assuming Institution desires to purchase certain assets and assume certain deposit and other liabilities of the Failed Bank on the terms and conditions set forth in this Agreement; and

**WHEREAS**, pursuant to 12 U.S.C. Section 1823(c)(2)(A), the Corporation may provide assistance to the Assuming Institution to facilitate the transactions contemplated by this Agreement, which assistance may include indemnification pursuant to Article XII; and

**WHEREAS**, the Board of Directors of the Corporation (the "Board") has determined to provide assistance to the Assuming Institution on the terms and subject to the conditions set forth in this Agreement; and

**WHEREAS**, the Board has determined pursuant to 12 U.S.C. Section 1823(c)(4)(A) that such assistance is necessary to meet the obligation of the Corporation to provide insurance coverage for the insured deposits in the Failed Bank.

**NOW THEREFORE**, in consideration of the mutual promises herein set forth and other valuable consideration, the parties hereto agree as follows:

Case 09-21782-svk    Doc 1922    Filed 04/07/11    Page 4 of 7

# REDACTED














## ARTICLE III
## PURCHASE OF ASSETS

    **3.1**     <u>Assets Purchased by Assuming Institution</u>. With the exception of certain assets expressly excluded in Sections 3.5 and 3.6, the Assuming Institution hereby purchases from the Receiver, and the Receiver hereby sells, assigns, transfers, conveys, and delivers to the Assuming Institution, all right, title, and interest of the Receiver in and to all of the assets (real, personal and mixed, wherever located and however acquired) including all subsidiaries, joint ventures, partnerships, and any and all other business combinations or arrangements, whether active, inactive, dissolved or terminated, of the Failed Bank whether or not reflected on the books of the Failed Bank as of Bank Closing. Schedule 3.1 attached hereto and incorporated

Case 09-21782-svk     Doc 1922     Filed 04/07/11     Page 5 of 7

herein sets forth certain categories of Assets purchased hereunder. Such schedule is based upon the best information available to the Receiver and may be adjusted as provided in Article VIII. Assets are purchased hereunder by the Assuming Institution subject to all liabilities for indebtedness collateralized by Liens affecting such Assets to the extent provided in Section 2.1. Notwithstanding Section 4.8, the Assuming Institution specifically purchases all mortgage servicing rights and obligations of the Failed Bank.

# REDACTED

Module 1 – Whole Bank w/ Loss Share – P&A
Version 2.03
April 13, 2010

12

AMCORE BANK N.A.
ROCKFORD, IL.

Case 09-21782-svk    Doc 1922    Filed 04/07/11    Page 6 of 7

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date first above written.

**FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER OF AMCORE BANK N.A. ROCKFORD, IL**

BY: *(signature)*
NAME: Richard A. Herrin
TITLE: Receiver In Charge

Attest: *(signature)* Mike Lamb

**FEDERAL DEPOSIT INSURANCE CORPORATION**

BY: *(signature)*
NAME: Richard A. Herrin
TITLE: Senior Strategic Operations Specialist

Attest: *(signature)* Mike Lamb

**HARRIS NATIONAL ASSOCIATION**

BY: *(signature)*
NAME: Christopher J. McComish
TITLE: EVP

Attest: *(signature)*
PAUL V. NOBLE

Module 1 – Whole Bank w/ Loss Share – P&A
Version 2.03
April 13, 2010

43

AMCORE BANK N.A.
ROCKFORD, IL

Case 09-21782-svk    Doc 1922    Filed 04/07/11    Page 7 of 7